**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**THE READER'S DIGEST ASSOCIATION, INC., *et al.,***<br><br>Debtors. | ) <br>) <br>) Chapter 11<br>) <br>) Case No. 09-23529<br>) Jointly Administered<br>) |

**AFFIDAVIT OF SERVICE**

   I, Ricardo Tejeda Romero, depose and say that I am employed by Kurtzman Carson Consultants, LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

   On October 7, 2009, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class mail on the service list attached hereto as **Exhibit A**; and via Electronic mail on the service list attached hereto as **Exhibit E**:

- **Order Authorizing the Debtors' Employment and Retention of AlixPartners, LLP as Restructuring Advisor Nunc Pro Tunc to the Commencement Date** [Docket No. 151]

- **Final Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral and (III) Granting Adequate Protection to Prepetition Secured Lenders** [Docket No. 152]

- **Order Pursuant to Sections 105, 362 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019 (A) Authorizing and Approving the Assumption, on Amended Terms, of the Sublicense Agreement Related to the Time Life Business; and (B) Modifying the Automatic Stay in Respect of Termination Rights Arising Under the Amended Sublicense Agreement** [Docket No. 155]

   Furthermore, on October 7, 2009, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service lists attached hereto as **Exhibit B** & **Exhibit C**:

- **Final Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing**

the Debtors to Use Cash Collateral and (III) Granting Adequate Protection to Prepetition Secured Lenders [Docket No. 152]

Furthermore, on October 7, 2009, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit D**:

- **Order Pursuant to Sections 105, 362 and 365 of the Bankruptcy Code and Bankruptcy Rule 9019 (A) Authorizing and Approving the Assumption, on Amended Terms, of the Sublicense Agreement Related to the Time Life Business; and (B) Modifying the Automatic Stay in Respect of Termination Rights Arising Under the Amended Sublicense Agreement [Docket No. 155]**

October 8th, 2009

Ricardo Tejeda Romero

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th day of October, 2009, by Ricardo Tejeda Romero, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _Shannon Spencer_

SHANNON JOANN SPENCER
Commission # 1676705
Notary Public - California
Los Angeles County
My Comm. Expires Jun 20, 2010

# **EXHIBIT A**

Exhibit A
Core / 2002 List

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Arent Fox LLP | Schuyler G Carroll & Robert M Hirsh | 1675 Broadway | | New York | NY | 10019 |
| Attorney General of Pennsylvania | Christopher R Momjian | 21 S 12th St 3rd Fl | | Philadelphia | PA | 19107-3603 |
| Barbara Lee Caldwell | Aiken Schenk Hawkins & Ricciardi PC | 4742 N 24th St Ste 100 | | Phoenix | AZ | 85016 |
| Dechert LLP | Glenn E Siegel & Bret M Harper | 1095 Ave of the Americas | | New York | NY | 10036-6797 |
| DLA Piper LLP | Vincent J Roldan & William D Currie | 1251 Ave of the Americas | | New York | NY | 10020-1104 |
| Environmental Protection Agency | | Ariel Rios Building | 1200 Pennsylvania Ave NW | Washington | DC | 20460 |
| Friedman Dumas & Springwater LLP | Elaine Hammond | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Jonathan L Flaxer Anthony M Vassallo | 437 Madison Ave | | New York | NY | 10022 |
| Internal Revenue Service | Centralized Insolvency Operations | 11601 Roosevelt Boulevard | Mail Drop N781 | Philadelphia | PA | 19255 |
| Internal Revenue Service | Centralized Insolvency Operations | PO Box 21126 | | Philadelphia | PA | 19114-0326 |
| JH Cohn LLP | Sharon Bromberg, Kevin Clancy, Bernard Katz & Michael Katz | 333 Thornall Street | | Edison | NJ | 08837 |
| JP Morgan Chase | Maryann Bui | 1111 Fannin St 10th Fl | | Houston | TX | 77002 |
| JP Morgan Chase | Tina Ruyter | 270 Park Ave | | New York | NY | 10017 |
| Kaye Scholer LLP | Benjamin Mintz | 425 Park Ave | | New York | NY | 10022 |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Madison Paper Company | Brendan Lesch | Myllykoski North America | 101 Merritt 7 5th Fl | Norwalk | CT | 06851 |
| Missouri Department of Revenue | Steven A Ginther | General Counsels Office | 301 W High St Rm 670 PO Box 475 | Jefferson City | MO | 65105-0475 |
| New Page Corporation | Greg Hadley | Courthouse Plaza NE | | Dayton | OH | 45463 |
| Office of the Attorney General | Andrew M Cuomo | 120 Broadway | | New York | NY | 10007 |
| Office of the Attorney General | Andrew M Cuomo | The Capitol | | Albany | NY | 12224-0341 |
| Office of the Attorney General | Anne Milgram | PO Box 080 | | Trenton | NJ | 08625-0080 |
| Office of the Attorney General | Bill Mccollum | The Capitol Pl 01 | | Tallahassee | FL | 32399-1050 |
| Office of the Attorney General | Bill Mims | 900 E Main St | | Richmond | VA | 23219 |
| Office of the Attorney General | Bruce A Salzburg | 123 Capitol Bldg | 200 W 24th St | Cheyenn | WY | 82002 |
| Office of the Attorney General | Catherine Cortez Masto | 100 N Carson St | | Carson City | NV | 89701-4717 |
| Office of the Attorney General | Chris Koster | 207 W High St | PO Box 899 | Jefferson City | MO | 65102 |
| Office of the Attorney General | Daniel S Sullivan | PO Box 110300 | | Juneau | AK | 99811-0300 |
| Office of the Attorney General | Darrell McGraw | West Virginia State Capitol Bldg 1 | Rm 26 E | Charleston | WV | 25305 |
| Office of the Attorney General | Douglas F Gansler | 200 St Paul Place | | Baltimore | MD | 21202 |
| Office of the Attorney General | Dustin McDaniel | 323 Center St Ste 200 | | Little Rock | AR | 72201 |
| Office of the Attorney General | Edmund G Brown Jr | California Dept of Justice | PO Box 944255 | Sacramento | CA | 94244-2550 |
| Office of the Attorney General | Gery K King | PO Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Office of the Attorney General | Greg Abbott | PO Box 12548 | | Austin | TX | 78711-2548 |
| Office of the Attorney General | Greg Zoeller | Indiana Government Center South | 302 W Washington St | Indianapolis | IN | 46204 |
| Office of the Attorney General | Henry McMaster | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Jack Conway | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | James D Caldwell | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Janet Mills | 6 State House Station | | Augusta | ME | 04333 |
| Office of the Attorney General | JB Van Hollen | PO Box 7857 | | Madison | WI | 53707-7857 |

In re: The Reader's Digest Association, Inc., et al.  
Case No.: 09-23529

Page 1 of 3

10/6/2009  
9:03 AM

Exhibit A
Core / 2002 List

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Jim Hood | PO Box 22947 | | Jackson | MS | 39225 |
| Office of the Attorney General | John Kroger | Oregon Dept of Justice | 1162 Court St NE | Salem | OR | 97301-4096 |
| Office of the Attorney General | John Lynch | 25 Capitol St | | Concord | NH | 03301 |
| Office of the Attorney General | John W Suthers | 1525 Sherman St 7th Fl | | Denver | CO | 80203 |
| Office of the Attorney General | Jon Buning | 2115 State Capitol | | Lincoln | NE | 68509 |
| Office of the Attorney General | Joseph R Biden III | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Larry Long | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501-8501 |
| Office of the Attorney General | Lawrence Wasden | 700 W State St | PO Box 83720 | Boise | ID | 83720-0010 |
| Office of the Attorney General | Lisa Madigan | 100 W Randolph St | | Chicago | IL | 60601 |
| Office of the Attorney General | Lori Swanson | 1400 Bremer Tower | 445 Minnesota St | St Paul | MN | 55101-2131 |
| Office of the Attorney General | Mark Bennett | 425 Queen St | | Honolulu | HI | 96813 |
| Office of the Attorney General | Mark Shurtleff | Utah State Capitol Complex | 350 N State St Ste 230 | Salt Lake City | UT | 84114-2320 |
| Office of the Attorney General | Mike Cox | G Menne Williams Bldg 7th Fl | 525 W Ottawa St PO Box 30212 | Lansing | MI | 48909 |
| Office of the Attorney General | Patrick C Lynch | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Richard Blumenthal | 55 Elm St | | Hartford | CT | 06106 |
| Office of the Attorney General | Richard Cordray | 30 E Broad St 17th Fl | | Columbus | OH | 43215-3428 |
| Office of the Attorney General | Rob Mckenna | 1125 Washington St Ste | PO Box 40100 | Olympia | WA | 98504 |
| Office of the Attorney General | Robert E Cooper Jr | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Office of the Attorney General | Roy Cooper | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| Office of the Attorney General | Steve Bullock | Department of Justice | PO Box 201401 | Helena | MT | 59620-1401 |
| Office of the Attorney General | Steve Six | Memorial Hall 2nd Fl | 1520 SW 10th St | Topeka | KS | 66612 |
| Office of the Attorney General | Terry Goddard | 1275 W Washington St | | Phoenix | AZ | 85007 |
| Office of the Attorney General | Thurbert E Baker | 40 Capitol Sq SW | | Atlanta | GA | 30334 |
| Office of the Attorney General | Tom Corbett | 16th Fl Strawberry Sq | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Tom Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Troy King | 500 Dexter Ave | | Montgomery | AL | 36130 |
| Office of the Attorney General | US Department Of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Office of the Attorney General | WA Drew Edmondson | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Wayne Stenehjem | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Office of the Attorney General | William H Sorrell | 109 State St | | Montpelier | VT | 05609-1001 |
| Office of the United States Trustee | Paul Schwartzberg | 33 Whitehall Street 21st Floor | | New York | NY | 10004 |
| Office of US Attorney SDNY | | 86 Chambers Street | | New York | NY | 10007 |
| Office of US Attorney SDNY | | 300 Quarropas Street | | White Plains | NY | 10601 |
| Otterbourg Steindler Houston & Rosen PC | Scott L Hazan & William M Silverman & David M Posner | 230 Park Ave | | New York | NY | 10169 |
| Pension Benefit Guaranty Corporation | Attn General Counsel | 1200 K Street NW Suite 340 | | Washington | DC | 20005 |
| Peter J Solomon Company | Anders J Maxwell | 520 Madison Ave | | New York | NY | 10022 |
| Rivken Radler LLP | Matthew V Spero | 926 RXR Plaza | | Uniondale | NY | 11556-0926 |
| Rivken Radler LLP | Stuart I Gordon | 926 RXR Plaza | | Uniondale | NY | 11556-0926 |
| RR Donnelley & Sons Company | Dan Pevonka | 3075 Highland Parkway | | Downers Grove | IL | 60515 |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte & Abigail Snow | 230 Park Ave | | New York | NY | 10169 |

Exhibit A
Core / 2002 List

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Securities and Exchange Commission | James A Clarkson Regional Director | 3 World Financial Center Suite 400 | | New York | NY | 10281 |
| Securities and Exchange Commission | | 100 F Street Northeast | | Washington | DC | 20549 |
| Simpson Thatcher & Bartlett LLP | Patrick Ryan, Art Robinson & Jill Kalish | 425 Lexington Ave | | New York | NY | 10017-3954 |
| State of New York Department of Taxation and Finance | Daniel Smirlock | 1740 Broadway 16th Fl | | New York | NY | 10019 |
| The Bank of New York Mellon | Stuart Rothenberg | 101 Barclay St 8 West | | New York | NY | 10286 |
| Thomas M Kenney | | 10 the Byway | | Bronxville | NY | 10708 |
| Universal Music Group Distribution Corp | Joe Flores | 10 Universarl City Plaza Ste 400 | | Universal City | CA | 91608 |
| Wilfrid Aubrey LLC | Nicholas W Walsh | 100 William St Ste 1850 | | New York | NY | 10038 |
| Williams Lea Inc | Ken Amann | 233 South Wacker Ste 4850 | | Chicago | IL | 60606 |
| Wilmer Hale | Dennis Jenkins | 60 State St | | Boston | MA | 02109 |

In re: The Reader's Digest Association, Inc., et al.
Case No.: 09-23529

Page 3 of 3

10/6/2009
9:03 AM

# **EXHIBIT B**

**Exhibit B**
Special Parties

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ABN AMRO Bank, N V | Head Office | Gustav Mahlerlaan 10 | | Amsterdam | | 1082 PP | NETHERLANDS |
| American Express Bank, FSB | | 4315 S 2700 W | MC 02 02 70 | Salt Lake City | UT | 84184 | |
| Bank of Montreal | | 100 King St West | | Toronto | ON | M5X1A3 | CANADA |
| Citizens Bank | Bradley Hauser | 609 Pacific Ave | | Waverly | MN | 55390 | |
| Federated | | PO Box 8600 | | Boston | MA | 08600 | |
| First National Bank of Omaha | | PO Box 2490 | | Omaha | NE | 68103-2490 | |
| Goldman Sachs & Company | | 85 Broad St | | New York | NY | 10004 | |
| Iowa State Bank | | PO Box 1010 | | Fairfield | IA | 52556-1010 | |
| JPMorgan Chase | Chris Wilburn | One Chase Manhattan Plz 7th Fl | | New York | NY | 10004 | |
| JPMorgan Chase Bank, N A | | Northeast Market | PO Box 260180 | Baton Rouge | LA | 70826-0180 | |
| Marshalll & Ilsley Bank | Harry Metrusias | PO Box 2045 | | Milwaukee | WI | 53201-2045 | |
| Mellon Bank | | MCSC Rm 154 1340 | Ross St | Pittsburg | PA | 15262 | |
| Mellon Financial Markets, LLC | | PO Box 710 | | Pittsburg | PA | 15230-0710 | |
| Mellon Trust of New England | | 135 Santilli Hwy | | Everett | MA | 02149 | |
| National Bank of Canada | | 150 York St | | Toronto | ON | M5H 3S5 | CANADA |
| National Westminster Bank PLC | | Buxton Branch | 2 Spring Gardens | Buxton | DERBYSHIRE | SK17 6DG | UNITED KINGDOM |
| Royal Bank Of Canada | | 77 King St West | | Toronto | ON | M5K 1B7 | CANADA |
| State Street Bank & Trust Company | | Franklin St | POB 5501 | Boston | MA | 08600 | |
| SunTrust | | 1650 King St | | Alexandria | VA | 22314 | |
| US Bank | Bradley Hauser | 1200 Energy Park Dr | | St Paul | MN | 55108 | |
| Wachovia Bank, N A | Michael Rossi | 205 Church St CT3005 | | New Haven | CT | 06510 | |
| Wells Fargo | Bradley Hauser | N9305 075 | 90 South 7th St 7th Fl | Minneapolis | MN | 55402 | |

In re: The Reader's Digest Association, Inc., et al.
Case No.: 09-23529 (RDD)

Page 1 of 1

10/8/2009
10:45 AM

# **EXHIBIT C**

Exhibit C
Special Parties

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ASSOCIATED BANK N A | | PO BOX 522 | | MILWAUKEE | WI | 53202 |
| BANC OF AMERICA LEASING & CAP LLC | | 231 S LASALLE ST | | CHICAGO | IL | 60697 |
| BANC OF AMERICA LEASING & CAP LLC | | 305 W BIG BEAVER STE 400 | | TROY | MI | 48085 |
| BANK OF AMERICA NA AS ADMIN AGENT | | 100 N TRYON ST | NC1 007 07 01 | CHARLOTTE | NC | 28255 |
| BANK OF AMERICA NA AS ADMIN AGENT | | 111 OLD EAGLE SCHOOL RD | | WAYNE | PA | 19087 |
| BANK OF AMERICA NA AS AGENT | | BANK OF AMERICA CORPORATE CTR | 100 N TRYON ST | CHARLOTTE | NC | 28255 |
| BANKERS LEASING COMPANY | | 10052 JUSTIN DR STE A | | URBANDALE | IA | 50323 |
| CIT COMMUNICATIONS FINANCE CORP | | 1 CIT DR | | LIVINGSTON | NJ | 07039 |
| CITIGROUP VENDOR FINANCING INC | | 1255 WRIGHTS LN | | WEST CHESTER | PA | 19380 |
| COMDISCO INC | | 6111 N RIVER RD | | ROSEMONT | IL | 60018 |
| CREDIT SUISSE FIRST BOSTON | CAYMAN IS BRANCH AS ADMIN AGENT | ELEVEN MADISON AVE | | NEW YORK | NY | 10010 |
| DE LAGE LANDEN FINANCIAL SVCS INC | | 1111 OLD EAGLE SCHOOL RD | | WAYNE | PA | 19087 |
| DELL FINANCIAL SERVICES LLC | | 12234 N IH 35 BLDG B | | AUSTIN | TX | 78753 |
| DELL FINANCIAL SERVICES LP | | 14050 SUMMIT DR BUILDING A STE 101 | | AUSTIN | TX | 78758 |
| EMC CORPORATION ASSIGNOR | | 176 SOUTH ST | | HOPKINTON | MA | 01748 |
| FORSYTHE MCARTHUR ASSOCIATES INC | | 7770 FRONTAGE RD | | SKOKIE | IL | 60077 |
| GOLDMAN SACHS SPECIALTY LEN GRP LP | | 600 E LAS COLINAS BLVD STE 400 | | IRVING | TX | 75039 |
| HEWLETT PACKARD FINANCIAL SVCS CO | | 420 MOUNTAIN AVE | | MURRAY HILL | NJ | 07974 |
| IOS CAPITAL | | 1738 BASS RD | | MACON | GA | 31210-1043 |
| JP MORGAN CHASE BANK NA | | PO Box 2558 | | HOUSTON | TX | 77252 |
| JP MORGAN CHASE BANK NA | | PO Box 2558 | 1111 FANNIN TX2 F135 | HOUSTON | TX | 77252 |
| JP MORGAN CHASE BNK NA AS ADMIN AGT | | PO Box 2558 | | HOUSTON | TX | 77252 |
| JP MORGAN CHASE BNK NA AS COLL AGT | | PO Box 2558 | | HOUSTON | TX | 77252 |
| KANSAS STATE BANK OF MANHATTAN | | 1010 WESTLOOP | PO Box 69 | MANHATTAN | KS | 66502 |
| KEY EQUIPMENT FINANCE INC | | 1000 McCASLIN BLVD GVS UCC DEPT | | SUPERIOR | CO | 80027 |
| M & M SALES COMPANY | | 4201 NW URBANDALE DR | | URBANDALE | IA | 50322 |
| MINOLTA BUSINESS SOLUTIONS INC | FKA MINOLTA BUSINESS SYSTEMS INC | ONE INTERNATIONAL BLVD | | MAHWAH | NJ | 07430 |
| NMHG FINANCIAL SERVICES INC | | 10 RIVERVIEW DR | | DANBURY | CT | 06810 |
| SCREEN ACTORS GUILD INC | | 360 MADISON AVE 12TH FL | | NEW YORK | NY | 10017 |
| THE BANK OF NEW YORK AS COLL AGENT | | 600 E LAS COLINAS BLVD STE 1300 | | IRVING | TX | 75039 |
| THE CIT GROUP BUSINESS CREDIT INC | | 1211 AVE OF THE AMERICAS | | NEW YORK | NY | 10036 |
| TIME INC | | 1271 AVE OF THE AMERICAS | | NEW YORK | NY | 10020-1300 |
| U S BANK NATIONAL ASSOCIATION | | 777 E WISCONSIN AVE | | MILWAUKEE | WI | 53202 |
| UNITED LEASING ASSOC OF AMERICA LTD | | PO BOX 428 | | GERMANTOWN | WI | 53022-0428 |
| UNITED LEASING ASSOC OF AMERICA LTD | | 3275 INTERTECH DR STE 100 | | BROOKFIELD | WI | 53045 |

In re: The Reader's Digest Association, Inc., et al.
Case No.: 09-23529 (RDD)

Page 1 of 1

10/8/2009
10:50 AM

# **EXHIBIT D**

**Exhibit D**
Special Party

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP |
| --- | --- | --- | --- | --- | --- |
| Cravath Swaine & Moore LLP | Richard Levin | 825 Eighth Ave | New York | NY | 10019-7475 |

In re: The Reader's Digest Association, Inc., et al.
Case No.: 09-23529

1 of 1

10/8/2009
10:42 AM

# **EXHIBIT E**

**Exhibit E**
Core / 2002 Email Service List

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Arent Fox LLP | Schuyler G Carroll & Robert M Hirsh | hirsh.robert@arentfox.com |
| Attorney General of Pennsylvania | Christopher R Momjian | crmomjian@attorneygeneral.gov |
| Barbara Lee Caldwell | Aiken Schenk Hawkins & Ricciardi PC | blc@ashrlaw.com |
| Dechert LLP | Glenn E Siegel & Bret M Harper | glenn.siegel@dechert.com<br>bret.harper@dechert.com |
| DLA Piper LLP | Vincent J Roldan & William D Currie | vincent.roldan@dlapiper.com<br>william.currie@dlapiper.com |
| Friedman Dumas & Springwater LLP | Elaine Hammond | ehammond@friedumspring.com |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Jonathan L Flaxer Anthony M Vassallo | jflaxer@golenbock.com<br>avassallo@golenbock.com |
| JH Cohn LLP | Sharon Bromberg, Kevin Clancy, Bernard Katz & Michael Katz | sbromberg@jhcohn.com<br>kclancy@jhcohn.com<br>bkatz@jhcohn.com<br>mkatz@jhcohn.com |
| JP Morgan Chase | Maryann Bui | maryann.t.bui@jpmorgan.com |
| JP Morgan Chase | Tina Ruyter | tina.ruyter@jpmorgan.com |
| Kaye Scholer LLP | Benjamin Mintz | bmintz@kayescholer.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Missouri Department of Revenue | Steven A Ginther | sdnyecf@dor.mo.gov |
| Moelis & Company | Devon Ghelani | devon.ghelani@moelis.com |
| Office of the Attorney General | Andrew M Cuomo | nancy.lord@oag.state.ny.us |
| Office of the Attorney General | Andrew M Cuomo | neal.mann@oag.state.ny.us |
| Office of the Attorney General | Daniel S Sullivan | attorney.general@alaska.gov |
| Office of the Attorney General | Greg Abbott | gregabbott@oag.state.tx.us |
| Office of the Attorney General | Greg Zoeller | constituent@atg.in.gov |
| Office of the Attorney General | Jack Conway | attorney.general@ag.ky.gov |
| Office of the Attorney General | John W Suthers | attorney.general@state.co.us |
| Office of the Attorney General | Joseph R Biden III | attorney.general@state.de.us |
| Office of the Attorney General | Steve Bullock | contactdoj@mt.gov |
| Office of the Attorney General | Wayne Stenehjem | ndag@state.nd.us |
| Office of the United States Trustee | Paul Schwartzberg | paul.schwartzberg@usdoj.gov |
| Otterbourg Steindler Houston & Rosen PC | Scott L Hazan & William M Silverman & David M Posner | shazan@oshr.com<br>dposner@oshr.com |
| Peter J Solomon Company | Anders J Maxwell | amaxwell@pjsolomon.com |
| Rivken Radler LLP | Matthew V Spero | matthew.spero@rivkin.com |
| Rivken Radler LLP | Stuart I Gordon | stuart.gordon@rivkin.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte & Abigail Snow | cbelmonte@ssbb.com<br>asnow@ssbb.com |
| Securities and Exchange Commission | James A Clarkson Regional Director | newyork@sec.gov |
| Simpson Thatcher & Bartlett LLP | Patrick Ryan, Art Robinson & Jill Kalish | pryan@stblaw.com<br>arobinson@stblaw.com<br>jkalish@stblaw.com |
| Sony Music Entertainment | Susan S Danz | Sue.Danz@sonymusic.com |
| State of New York Department of Taxation and Finance | Daniel Smirlock | jacqueline_auberbach@tax.state.ny.us |
| Universal Music Group Distribution Corp | Joe Flores | jlflores@umusic.com |
| Wilmer Hale | Dennis Jenkins | dennis.jenkins@wilmerhale.com |