**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| THE READER'S DIGEST ASSOCIATION, INC., *et al*.,[1] | ) Case No. 09-23529 |
|  | ) Jointly Administered |
| Debtors. | ) |

**MASTER AND RULE 2002 SERVICE LISTS AS OF OCTOBER 9, 2009**

---

[1]  Please contact Kurtzman Carson Consultants to request a copy of the Master Service List or Rule 2002 Service List in Excel or Word format: P: 866-967-0491; E: KCC_RDA@kccllc.com. The lists are also posted on the Debtors' Restructuring website: www.kccllc.net/Readers.

| **Counsel to NewPage Corporation** | **Counsel for the Bank of New York as Indenture Trustee** |
|---|---|
| Arent Fox LLP<br>Schuyler G Carroll & Robert M Hirsh<br>1675 Broadway<br>New York, NY 10019<br>P: 212-484-3900<br>F: 212-484-3990<br>hirsh.robert@arentfox.com | Dechert LLP<br>Glenn E Siegel & Bret M Harper<br>1095 Ave of the Americas<br>New York, NY 10036-6797<br>P: 212-698-3500<br>F: 212-698-3599<br>E: glenn.siegel@dechert.com<br>bret.harper@dechert.com |
| **Internal Revenue Service** | **Internal Revenue Service** |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>11601 Roosevelt Boulevard<br>Mail Drop N781<br>Philadelphia, PA 19255<br>P: 800-913-9358<br>F: 215-516-2015 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326<br>F: 215-516-2015 |
| **Counsel to the Prepetition Lenders and Postpetition Lenders** | **Administrative Agent for US Term Loan** |
| JH Cohn LLP<br>Sharon Bromberg, Kevin Clancy, Bernard Katz & Michael Katz<br>333 Thornall Street<br>Edison, NJ 08837<br>P: 732-549-0700<br>F: 732-590-3940<br>E: sbromberg@jhcohn.com<br>kclancy@jhcohn.com<br>bkatz@jhcohn.com<br>mkatz@jhcohn.com | JP Morgan Chase<br>Maryann Bui<br>1111 Fannin St 10th Fl<br>Houston, TX 77002<br>P: 713-750-7932<br>F: 713-750-2878<br>E: maryann.t.bui@jpmorgan.com |
| **Administrative Agent for US Term Loan** | **Counsel to the Debtors** |
| JP Morgan Chase<br>Tina Ruyter<br>270 Park Ave<br>New York, NY 10017<br>P: 212-270-4676<br>F: 212-270-5127<br>E: tina.ruyter@jpmorgan.com | Kirkland & Ellis LLP<br>James HM Sprayregen, Paul M Basta & Nicole L Greenblatt<br>601 Lexington Avenue<br>New York, NY 10022<br>P: 212-446-4800<br>F: 212-446-4900 |
| **Claims and Noticing Agent to the Debtors** | **Official Committee of Unsecured Creditors** |
| Kurtzman Carson Consultants<br>Alison Tearnen<br>2335 Alaska Avenue<br>El Segundo, CA 90245<br>P: 310-823-9000<br>F: 310-751-1847<br>E: atearnen@kccllc.com | Madison Paper Company<br>Brendan Lesch<br>Myllykoski North America<br>101 Merritt 7 5th Fl<br>Norwalk, CT 06851<br>P: 203-229-7414<br>F: 203-229-7458 |

| **Interested Party** | **Official Committee of Unsecured Creditors** |
|---|---|
| Moelis & Company | New Page Corporation |
| Devon Ghelani | Greg Hadley |
| 245 Park Ave 32nd Fl | Courthouse Plaza NE |
| New York, NY 10167 | Dayton, OH 45463 |
| P: 212-880-7318 | P: 937-242-9569 |
| F: 212-551-3282 | F: 937-608-7012 |
| E: devon.ghelani@moelis.com | |

| **US Attorney General Louisiana** | **US Attorney General Texas** |
|---|---|
| Office of the Attorney General | Office of the Attorney General |
| James D Caldwell | Greg Abbott |
| PO Box 94005 | PO Box 12548 |
| Baton Rouge, LA 70804 | Austin, TX 78711-2548 |
| P: 225-326-6465 | P: 512-463-2100 |
| F: 225-326-6499 | F: 512-475-4413 |
| | E: gregabbott@oag.state.tx.us |

| **US Attorney General Indiana** | **US Attorney General South Carolina** |
|---|---|
| Office of the Attorney General | Office of the Attorney General |
| Greg Zoeller | Henry McMaster |
| Indiana Government Center South | PO Box 11549 |
| 302 W Washington St | Columbia, SC 29211 |
| Indianapolis, IN 46204 | P: 803-734-3970 |
| P: 317-232-6201 | F: 803-734-4323 |
| F: 317-232-7979 | |
| E: constituent@atg.in.gov | |

| **US Attorney General Kentucky** | **US Attorney General Maine** |
|---|---|
| Office of the Attorney General | Office of the Attorney General |
| Jack Conway | Janet Mills |
| 700 Capitol Ave Ste 118 | 6 State House Station |
| Frankfort, KY 40601 | Augusta, ME 04333 |
| P: 502-696-5300 | P: 207-626-8800 |
| F: 502-564-2894 | F: 207-287-3145 |
| E: attorney.general@ag.ky.gov | |

| **US Attorney General Wisconsin** | **US Attorney General Mississippi** |
|---|---|
| Office of the Attorney General | Office of the Attorney General |
| JB Van Hollen | Jim Hood |
| PO Box 7857 | PO Box 22947 |
| Madison, WI 53707-7857 | Jackson, MS 39225 |
| P: 608-266-1221 | P: 601-359-4230 |
| F: 608-267-2779 | F: 601-359-4231 |

**US Attorney General Oregon**
Office of the Attorney General
John Kroger
Oregon Dept of Justice
1162 Court St NE
Salem, OR 97301-4096
P: 503-378-4400
F: 503-378-4017

**US Attorney General New Mexico**
Office of the Attorney General
Gery K King
PO Drawer 1508
Santa Fe, NM 87504-1508
P: 505-827-6000
F: 505-827-5826

**US Attorney General Colorado**
Office of the Attorney General
John W Suthers
1525 Sherman St 7th Fl
Denver, CO 80203
P: 303-866-4500
F: 303-866-5691
E: attorney.general@state.co.us

**US Attorney General Nevada**
Office of the Attorney General
Catherine Cortez Masto
100 N Carson St
Carson City, NV 89701-4717
P: 775-684-1100
F: 775-684-1108

**US Attorney General New Hampshire**
Office of the Attorney General
John Lynch
25 Capitol St
Concord, NH 03301
P: 603-271-2121
F: 603-271-7680

**US Attorney General California**
Office of the Attorney General
Edmund G Brown  Jr
California Dept of Justice
PO Box 944255
Sacramento, CA 94244-2550
P: 916-322-3360
F: 916-323-5341

**US Attorney General Arkansas**
Office of the Attorney General
Dustin McDaniel
323 Center St Ste 200
Little Rock, AR 72201
P: 501-682-2007
F: 501-682-8084

**US Attorney General Maryland**
Office of the Attorney General
Douglas F Gansler
200 St Paul Place
Baltimore, MD 21202
P: 410-576-6300
F: 410-576-6404

**US Attorney General West Virginia**
Office of the Attorney General
Darrell McGraw
West Virginia State Capitol Bdlg 1
Rm 26 E
Charleston, WV 25305
P: 304-558-2021
F: 305-558-0140

**US Attorney General Missouri**
Office of the Attorney General
Chris Koster
207 W High St
PO Box 899
Jefferson City, MO 65102
P: 573-751-3321
F: 573-751-0074

**US Attorney General South Dakota**
Office of the Attorney General
Larry Long
1302 E Hwy 14 Ste 1
Pierre, SD 57501-8501
P: 605-773-3215
F: 605-773-4106

**US Attorney General Wyoming**
Office of the Attorney General
Bruce A Salzburg
123 Capitol Bldg
200 W 24th St
Cheyenn, WY 82002
P: 307-777-7841
F: 307-777-6869

**US Attorney General Virginia**
Office of the Attorney General
Bill Mims
900 E Main St
Richmond, VA 23219
P: 804-786-2071
F: 804-786-1991

**US Attorney General Florida**
Office of the Attorney General
Bill Mccollum
The Capitol Pl 01
Tallahassee, FL 32399-1050
P: 850-245-0157
F: 850-414-2641

**US Attorney General New Jersey**
Office of the Attorney General
Anne Milgram
PO Box 080
Trenton, NJ 08625-0080
P: 609-292-4925
F: 609-292-3508

**US Attorney General New York**
Office of the Attorney General
Andrew M Cuomo
The Capitol
Albany, NY 12224-0341
P: 518-474-5481
F: 518-474-3618
E: nancy.lord@oag.state.ny.us

**US Attorney General New York**
Office of the Attorney General
Andrew M Cuomo
120 Broadway
New York, NY 10007
P: 212-416-8000
F: 212-416-8139
E: neal.mann@oag.state.ny.us

**US Attorney General Alaska**
Office of the Attorney General
Daniel S Sullivan
PO Box 110300
Juneau, AK 99811-0300
P: 907-465-2133
F: 907-465-2075
E: attorney.general@alaska.gov

**US Attorney General Pennsylvania**
Office of the Attorney General
Tom Corbett
16th Fl Strawberry Sq
Harrisburg, PA 17120
P: 717-787-3391
F: 717-787-8242

**US Attorney General Vermont**
Office of the Attorney General
William H Sorrell
109 State St
Montpelier, VT 05609-1001
P: 802-828-3171
F: 802-828-2154

**US Attorney General North Dakota**
Office of the Attorney General
Wayne Stenehjem
600 E Boulevard Ave Dept 125
Bismarck, ND 58505
P: 701-328-2210
F: 701-328-3535
E: ndag@state.nd.us

**US Attorney General Oklahoma**
Office of the Attorney General
WA Drew Edmondson
313 NE 21st St
Oklahoma City, OK 73105
P: 405-521-3921
F: 405-522-4534

**US Attorney General District of Columbia**
Office of the Attorney General
US Department Of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001
F: 202-616-2278

**US Attorney General Nebraska**
Office of the Attorney General
Jon Buning
2115 State Capitol
Lincoln, NE 68509
P: 402-471-2682
F: 402-471-3297

**US Attorney General Iowa**
Office of the Attorney General
Tom Miller
1305 E Walnut St
Des Moines, IA 50319
P: 515-281-5926
F: 515-281-6771

**US Attorney General Delaware**
Office of the Attorney General
Joseph R Biden III
Carvel State Office Bldg
820 N French St
Wilmington, DE 19801
P: 302-577-8600
F: 302-577-2496
E: attorney.general@state.de.us

**US Attorney General Georgia**
Office of the Attorney General
Thurbert E Baker
40 Capitol Sq SW
Atlanta, GA 30334
P: 404-656-3300
F: 404-657-8733

**US Attorney General Arizona**
Office of the Attorney General
Terry Goddard
1275 W Washington St
Phoenix, AZ 85007
P: 602-542-5025
F: 602-542-4085

**US Attorney General Kansas**
Office of the Attorney General
Steve Six
Memorial Hall 2nd Fl
1520 SW 10th St
Topeka, KS 66612
P: 785-296-3751
F: 785-291-3699

**US Attorney General Montana**
Office of the Attorney General
Steve Bullock
Department of Justice
PO Box 201401
Helena, MT 59620-1401
P: 406-444-2026
F: 406-444-3549
E: contactdoj@mt.gov

| | |
|---|---|
| **US Attorney General North Carolina**<br>Office of the Attorney General<br>Roy Cooper<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001<br>P: 919-716-6400<br>F: 919-716-6750 | **US Attorney General Washington**<br>Office of the Attorney General<br>Rob Mckenna<br>1125 Washington St Ste<br>PO Box 40100<br>Olympia, WA 98504<br>P: 360-753-6200<br>F: 360-586-8474 |
| **US Attorney General Ohio**<br>Office of the Attorney General<br>Richard Cordray<br>30 E Broad St 17th Fl<br>Columbus, OH 43215-3428<br>P: 614-466-4320<br>F: 614-466-5087 | **US Attorney General Connecticut**<br>Office of the Attorney General<br>Richard Blumenthal<br>55 Elm St<br>Hartford, CT 06106<br>P: 860-808-5318<br>F: 860-808-5387 |
| **US Attorney General Rhode Island**<br>Office of the Attorney General<br>Patrick C Lynch<br>150 S Main St<br>Providence, RI 02903<br>P: 401-274-4400<br>F: 401-222-1331 | **US Attorney General Michigan**<br>Office of the Attorney General<br>Mike Cox<br>G Menne Williams Bldg 7th Fl<br>525 W Ottawa St PO Box 30212<br>Lansing, MI 48909<br>P: 517-373-1110<br>F: 517-373-3042 |
| **US Attorney General Utah**<br>Office of the Attorney General<br>Mark Shurtleff<br>Utah State Capitol Complex<br>350 N State St Ste 230<br>Salt Lake City, UT 84114-2320<br>F: 801-538-1121 | **US Attorney General Hawaii**<br>Office of the Attorney General<br>Mark Bennett<br>425 Queen St<br>Honolulu, HI 96813<br>P: 808-586-1500<br>F: 808-586-1239 |
| **US Attorney General Minnesota**<br>Office of the Attorney General<br>Lori Swanson<br>1400 Bremer Tower<br>445 Minnesota St<br>St Paul, MN 55101-2131<br>P: 651-296-3353<br>F: 651-282-2155 | **US Attorney General Illinois**<br>Office of the Attorney General<br>Lisa Madigan<br>100 W Randolph St<br>Chicago, IL 60601<br>P: 312-814-3000<br>F: 312-814-3374 |

| | |
|---|---|
| **US Attorney General Idaho**<br>Office of the Attorney General<br>Lawrence Wasden<br>700 W State St<br>PO Box 83720<br>Boise, ID 83720-0010<br>P: 208-334-2400<br>F: 208-854-8071 | **US Attorney General Alabama**<br>Office of the Attorney General<br>Troy King<br>500 Dexter Ave<br>Montgomery, AL 36130<br>P: 334-242-7300<br>F: 334-242-7458 |
| **US Attorney General Tennessee**<br>Office of the Attorney General<br>Robert E Cooper Jr<br>PO Box 20207<br>Nashville, TN 37202-0207<br>P: 615-741-3491<br>F: 651-741-2009 | **United States Trustee Southern District of New York**<br>Office of the United States Trustee<br>Paul Schwartzberg<br>33 Whitehall Street 21st Floor<br>New York, NY 10004<br>P: 212-510-0500x221<br>F: 212-668-2255<br>E: paul.schwartzberg@usdoj.gov |
| **Office of US Attorney SDNY**<br>Office of US Attorney SDNY<br>86 Chambers Street<br>New York, NY 10007<br>F: 212-637-2684 | **Office of US Attorney SDNY**<br>Office of US Attorney SDNY<br>300 Quarropas Street<br>White Plains, NY 10601<br>F: 914-993-9036 |
| **Counsel to the Official Committee of Unsecured Creditors**<br>Otterbourg Steindler Houston & Rosen PC<br>Scott L Hazan & William M Silverman & David M Posner<br>230 Park Ave<br>New York, NY 10169<br>P: 212-661-9100<br>F: 212-682-6104<br>E: shazan@oshr.com<br>dposner@oshr.com | **Interested Party**<br>Peter J Solomon Company<br>Anders J Maxwell<br>520 Madison Ave<br>New York, NY 10022<br>P: 212-508-4600<br>F: 212-508-1633<br>E: amaxwell@pjsolomon.com |
| **Official Committee of Unsecured Creditors**<br>RR Donnelley & Sons Company<br>Dan Pevonka<br>3075 Highland Parkway<br>Downers Grove, IL 60515<br>P: 630-322-6931<br>F: 630-322-6052 | **Securities and Exchange Commission**<br>Securities and Exchange Commission<br>James A Clarkson Regional Director<br>3 World Financial Center Suite 400<br>New York, NY 10281<br>P: 212-336-1100<br>E: newyork@sec.gov |

| **Securities and Exchange Commission** | **Counsel to the Prepetition Lenders and Postpetition Lenders** |
|---|---|
| Securities and Exchange Commission | Simpson Thatcher & Bartlett LLP |
| 100 F Street Northeast | Patrick Ryan, Art Robinson & Jill Kalish |
| Washington, DC 20549 | 425 Lexington Ave |
| P: 202-942-8088 | New York, NY 10017-3954 |
| F: 703-813-6965 | P: 212-455-2000 |
| | F: 212-455-2502 |
| | E: pryan@stblaw.com |
| | arobinson@stblaw.com |
| | jkalish@stblaw.com |
| **Official Committee of Unsecured Creditors** | **Official Committee of Unsecured Creditors** |
| The Bank of New York Mellon | Thomas M Kenney |
| Stuart Rothenberg | 10 the Byway |
| 101 Barclay St 8 West | Bronxville, NY 10708 |
| New York, NY 10286 | P: 914-395-0060 |
| P: 212-298-1977 | F: 914-395-0060 |
| F: 212-815-5704 | |
| **Official Committee of Unsecured Creditors** | **Official Committee of Unsecured Creditors** |
| Wilfrid Aubrey LLC | Williams Lea Inc |
| Nicholas W Walsh | Ken Amann |
| 100 William St Ste 1850 | 233 South Wacker Ste 4850 |
| New York, NY 10038 | Chicago, IL 60606 |
| P: 212-675-4906 | P: 312-681-6459 |
| F: 212-675-3626 | F: 312-681-6350 |
| **Counsel to the Indenture Trustee** | |
| Wilmer Hale | |
| Dennis Jenkins | |
| 60 State St | |
| Boston, MA 02109 | |
| P: 617-526-6491 | |
| F: 617-526-5000 | |
| E: dennis.jenkins@wilmerhale.com | |