# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| THE READER'S DIGEST ASSOCIATION, INC., *et al.,* | ) |
| | ) Case No. 09-23529 |
| Debtors. | ) Jointly Administered |
| | ) |

## AFFIDAVIT OF SERVICE

   I, Ricardo Tejeda Romero, depose and say that I am employed by Kurtzman Carson Consultants, LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

   On October 8, 2009, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit A**:

- Order (I) Setting Bar Dates for Filing Proofs of Claim, (II) Approving Procedures for Filing Proofs of Claim and (III) Approving Notice Thereof [Docket No. 154]

October 9th, 2009

Ricardo Tejeda Romero

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of October, 2009, by Ricardo Tejeda Romero, proved to me on the basis of satisfactory evidence to be the person~~(s)~~ who appeared before me.

Signature: _____



GABRIELA MEDINA
COMM #1853581
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. JUNE 11, 2013

# **<u>EXHIBIT A</u>**

Exhibit A
Core / 2002 List

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Arent Fox LLP | Schuyler G Carroll & Robert M Hirsh | 1675 Broadway | | New York | NY | 10019 |
| Attorney General of Pennsylvania | Christopher R Momjian | 21 S 12th St 3rd Fl | | Philadelphia | PA | 19107-3603 |
| Barbara Lee Caldwell | Aiken Schenk Hawkins & Ricciardi PC | 4742 N 24th St Ste 100 | | Phoenix | AZ | 85016 |
| Dechert LLP | Glenn E Siegel & Bret M Harper | 1095 Ave of the Americas | | New York | NY | 10036-6797 |
| DLA Piper LLP | Vincent J Roldan & William D Currie | 1251 Ave of the Americas | | New York | NY | 10020-1104 |
| Environmental Protection Agency | | Ariel Rios Building | 1200 Pennsylvania Ave NW | Washington | DC | 20460 |
| Friedman Dumas & Springwater LLP | Elaine Hammond | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Jonathan L Flaxer Anthony M Vassallo | 437 Madison Ave | | New York | NY | 10022 |
| Internal Revenue Service | Centralized Insolvency Operations | 11601 Roosevelt Boulevard | Mail Drop N781 | Philadelphia | PA | 19255 |
| Internal Revenue Service | Centralized Insolvency Operations | PO Box 21126 | | Philadelphia | PA | 19114-0326 |
| JH Cohn LLP | Sharon Bromberg, Kevin Clancy, Bernard Katz & Michael Katz | 333 Thornall Street | | Edison | NJ | 08837 |
| JP Morgan Chase | Maryann Bui | 1111 Fannin St 10th Fl | | Houston | TX | 77002 |
| JP Morgan Chase | Tina Ruyter | 270 Park Ave | | New York | NY | 10017 |
| Kaye Scholer LLP | Benjamin Mintz | 425 Park Ave | | New York | NY | 10022 |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Madison Paper Company | Brendan Lesch | Myllykoski North America | 101 Merritt 7 5th Fl | Norwalk | CT | 06851 |
| Missouri Department of Revenue | Steven A Ginther | General Counsels Office | 301 W High St Rm 670 PO Box 475 | Jefferson City | MO | 65105-0475 |
| New Page Corporation | Greg Hadley | Courthouse Plaza NE | | Dayton | OH | 45463 |
| Office of the Attorney General | Andrew M Cuomo | 120 Broadway | | New York | NY | 10007 |
| Office of the Attorney General | Andrew M Cuomo | The Capitol | | Albany | NY | 12224-0341 |
| Office of the Attorney General | Anne Milgram | PO Box 080 | | Trenton | NJ | 08625-0080 |
| Office of the Attorney General | Bill Mccollum | The Capitol Pl 01 | | Tallahassee | FL | 32399-1050 |
| Office of the Attorney General | Bill Mims | 900 E Main St | | Richmond | VA | 23219 |
| Office of the Attorney General | Bruce A Salzburg | 123 Capitol Bldg | 200 W 24th St | Cheyenn | WY | 82002 |
| Office of the Attorney General | Catherine Cortez Masto | 100 N Carson St | | Carson City | NV | 89701-4717 |
| Office of the Attorney General | Chris Koster | 207 W High St | PO Box 899 | Jefferson City | MO | 65102 |
| Office of the Attorney General | Daniel S Sullivan | PO Box 110300 | | Juneau | AK | 99811-0300 |
| Office of the Attorney General | Darrell McGraw | West Virginia State Capitol Bldg 1 | Rm 26 E | Charleston | WV | 25305 |
| Office of the Attorney General | Douglas F Gansler | 200 St Paul Place | | Baltimore | MD | 21202 |
| Office of the Attorney General | Dustin McDaniel | 323 Center St Ste 200 | | Little Rock | AR | 72201 |
| Office of the Attorney General | Edmund G Brown Jr | California Dept of Justice | PO Box 944255 | Sacramento | CA | 94244-2550 |
| Office of the Attorney General | Gery K King | PO Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Office of the Attorney General | Greg Abbott | PO Box 12548 | | Austin | TX | 78711-2548 |
| Office of the Attorney General | Greg Zoeller | Indiana Government Center South | 302 W Washington St | Indianapolis | IN | 46204 |
| Office of the Attorney General | Henry McMaster | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Jack Conway | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | James D Caldwell | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Janet Mills | 6 State House Station | | Augusta | ME | 04333 |
| Office of the Attorney General | JB Van Hollen | PO Box 7857 | | Madison | WI | 53707-7857 |

In re: The Reader's Digest Association, Inc., et al.  
Case No.: 09-23529

Page 1 of 3

10/6/2009
9:03 AM

Exhibit A
Core / 2002 List

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Jim Hood | PO Box 22947 | | Jackson | MS | 39225 |
| Office of the Attorney General | John Kroger | Oregon Dept of Justice | 1162 Court St NE | Salem | OR | 97301-4096 |
| Office of the Attorney General | John Lynch | 25 Capitol St | | Concord | NH | 03301 |
| Office of the Attorney General | John W Suthers | 1525 Sherman St 7th Fl | | Denver | CO | 80203 |
| Office of the Attorney General | Jon Buning | 2115 State Capitol | | Lincoln | NE | 68509 |
| Office of the Attorney General | Joseph R Biden III | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Larry Long | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501-8501 |
| Office of the Attorney General | Lawrence Wasden | 700 W State St | PO Box 83720 | Boise | ID | 83720-0010 |
| Office of the Attorney General | Lisa Madigan | 100 W Randolph St | | Chicago | IL | 60601 |
| Office of the Attorney General | Lori Swanson | 1400 Bremer Tower | 445 Minnesota St | St Paul | MN | 55101-2131 |
| Office of the Attorney General | Mark Bennett | 425 Queen St | | Honolulu | HI | 96813 |
| Office of the Attorney General | Mark Shurtleff | Utah State Capitol Complex | 350 N State St Ste 230 | Salt Lake City | UT | 84114-2320 |
| Office of the Attorney General | Mike Cox | G Menne Williams Bldg 7th Fl | 525 W Ottawa St PO Box 30212 | Lansing | MI | 48909 |
| Office of the Attorney General | Patrick C Lynch | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Richard Blumenthal | 55 Elm St | | Hartford | CT | 06106 |
| Office of the Attorney General | Richard Cordray | 30 E Broad St 17th Fl | | Columbus | OH | 43215-3428 |
| Office of the Attorney General | Rob Mckenna | 1125 Washington St Ste | PO Box 40100 | Olympia | WA | 98504 |
| Office of the Attorney General | Robert E Cooper Jr | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Office of the Attorney General | Roy Cooper | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| Office of the Attorney General | Steve Bullock | Department of Justice | PO Box 201401 | Helena | MT | 59620-1401 |
| Office of the Attorney General | Steve Six | Memorial Hall 2nd Fl | 1520 SW 10th St | Topeka | KS | 66612 |
| Office of the Attorney General | Terry Goddard | 1275 W Washington St | | Phoenix | AZ | 85007 |
| Office of the Attorney General | Thurbert E Baker | 40 Capitol Sq SW | | Atlanta | GA | 30334 |
| Office of the Attorney General | Tom Corbett | 16th Fl Strawberry Sq | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Tom Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Troy King | 500 Dexter Ave | | Montgomery | AL | 36130 |
| Office of the Attorney General | US Department Of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Office of the Attorney General | WA Drew Edmondson | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Wayne Stenehjem | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Office of the Attorney General | William H Sorrell | 109 State St | | Montpelier | VT | 05609-1001 |
| Office of the United States Trustee | Paul Schwartzberg | 33 Whitehall Street 21st Floor | | New York | NY | 10004 |
| Office of US Attorney SDNY | | 86 Chambers Street | | New York | NY | 10007 |
| Office of US Attorney SDNY | | 300 Quarropas Street | | White Plains | NY | 10601 |
| Otterbourg Steindler Houston & Rosen PC | Scott L Hazan & William M Silverman & David M Posner | 230 Park Ave | | New York | NY | 10169 |
| Pension Benefit Guaranty Corporation | Attn General Counsel | 1200 K Street NW Suite 340 | | Washington | DC | 20005 |
| Peter J Solomon Company | Anders J Maxwell | 520 Madison Ave | | New York | NY | 10022 |
| Rivken Radler LLP | Matthew V Spero | 926 RXR Plaza | | Uniondale | NY | 11556-0926 |
| Rivken Radler LLP | Stuart I Gordon | 926 RXR Plaza | | Uniondale | NY | 11556-0926 |
| RR Donnelley & Sons Company | Dan Pevonka | 3075 Highland Parkway | | Downers Grove | IL | 60515 |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte & Abigail Snow | 230 Park Ave | | New York | NY | 10169 |

In re: The Reader's Digest Association, Inc., et al.
Case No.: 09-23529

Page 2 of 3

10/6/2009
9:03 AM

**Exhibit A**

Core / 2002 List

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Securities and Exchange Commission | James A Clarkson Regional Director | 3 World Financial Center Suite 400 | | New York | NY | 10281 |
| Securities and Exchange Commission | | 100 F Street Northeast | | Washington | DC | 20549 |
| Simpson Thatcher & Bartlett LLP | Patrick Ryan, Art Robinson & Jill Kalish | 425 Lexington Ave | | New York | NY | 10017-3954 |
| State of New York Department of Taxation and Finance | Daniel Smirlock | 1740 Broadway 16th Fl | | New York | NY | 10019 |
| The Bank of New York Mellon | Stuart Rothenberg | 101 Barclay St 8 West | | New York | NY | 10286 |
| Thomas M Kenney | | 10 the Byway | | Bronxville | NY | 10708 |
| Universal Music Group Distribution Corp | Joe Flores | 10 Universarl City Plaza Ste 400 | | Universal City | CA | 91608 |
| Wilfrid Aubrey LLC | Nicholas W Walsh | 100 William St Ste 1850 | | New York | NY | 10038 |
| Williams Lea Inc | Ken Amann | 233 South Wacker Ste 4850 | | Chicago | IL | 60606 |
| Wilmer Hale | Dennis Jenkins | 60 State St | | Boston | MA | 02109 |

In re: The Reader's Digest Association, Inc., et al.
Case No.: 09-23529

Page 3 of 3

10/6/2009
9:03 AM