IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**THE READER'S DIGEST ASSOCIATION, INC.**, *et al.*,<br><br>Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 09-23529 <br> ) Jointly Administered <br> ) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Ricardo Tejeda Romero, depose and say that I am employed by Kurtzman Carson Consultants, LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On December 17, 2009, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Filing of the Schedule of Executory Contracts and Unexpired Leases Proposed to be Rejected Pursuant to the Third Amended Proposed Joint Chapter 11 Plan of Reorganization of the Reader's Digest Association, Inc. and Its Debtor Affiliates** [Docket No. 367]

December 21, 2009

_____
Ricardo Tejeda Romero

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of December, 2009, by Ricardo Tejeda Romero, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

GABRIELA MEDINA
Commission # 1853581
Notary Public - California
Los Angeles County
My Comm. Expires Jun 11, 2013

# **<u>EXHIBIT A</u>**

Exhibit A
Special Parties

| COMPANY | CONTACT | ADDRESS 1 | CITY | STATE | ZIP |
| --- | --- | --- | --- | --- | --- |
| ADECCO | | BOX 371084 | PITTSBURGH | PA | 15250-7084 |
| ADTEC | | PO BOX 8488 | MADISON | WI | 53708 |
| ALLIANT COOPERATIVE DATA SOLUTIONS | | 301 FIELDS LN | BREWSTER | NY | 10509-2621 |
| BETTER BUILDING SERVICES INCORPORATED | | 69 FENIMORE DR | HARRISON | NY | 10528 |
| BROADWATER & ASSOCIATES LLC | | 66 PALMER AVE STE 34 | BRONXVILLE | NY | 10708 |
| CL SWANSON CORPORATION | | 4501 FEMRITE DR | MADISON | WI | 53716-4123 |
| COUNTY WIDE EXTINGUISHER INC | | 2170 CONSTITUTION AVE | HARTFORD | WI | 53027-8916 |
| EQUIFAX | ATTN MARLA SELKE | 1525 WINDWARD CONCOURSE | ALPHARETTA | GA | 30005 |
| FACTS ON FILE | | 132 W 31ST ST | NEW YORK | NY | 10001 |
| JOHNSON CHILDREN IRREVOCABLE TRUST | C/O CHRIS JOHNSON | 1919 KOSALA AVE | FAIRFIELD | IA | 52556 |
| LEXIS NEXIS | DAVID WILLIAMS | 555 MIDDLE CREEK PKWY | COLORADO SPRING | CO | 80921 |
| NCR CORPORATION | HELEN GILL | 3200 SHAWNEE INDUSTRIAL WAY | SUWANEE | GA | 30024 |
| OPERA SOLUTIONS | | 10 EXCHANGE PL 11 TH FL | JERSEY CITY | NJ | 07302-0000 |
| ORKIN COMMERCIAL SERVICES | | 10101 WEST INNOVATION DR STE 500 | MILWAUKEE | WI | 53226-4832 |
| OTIS ELEVATOR COMPANY | | PO BOX 73579 | CHICAGO | IL | 60673-7579 |
| PREMIUM MAINTENANCE INC | | 29 SENECA RD | PUTNAM VALLEY | NY | 10579 |
| REALOGY SERVICES GROUP | | 14375 COLLECTION CTR DR | CHICAGO | IL | 60693 |
| RGN SOUTH FLORIDA LLC | | 600 NORTH PINE ISLAND RD STE 450 | PLANTATION | FL | 33324 |
| RIGHT MANAGEMENT | | PO BOX 8538 388 | PHILADELPHIA | PA | 19171-0388 |
| T MOBILE USA INC | | PO BOX 742596 | CINCINNATI | OH | 45274-2596 |
| TOTAL CLEANING SYSTEMS | | W144 N5800 SHAWN CIR | MENOMONEE FALLS | WI | 53051 |
| UNISOURCE GREAT LAKES | | 7472 COLLECTION CTR DR | CHICAGO | IL | 60693 |
| UNITED PARCEL SERVICE INC | | PO BOX 7247 0244 | PHILADELPHIA | PA | 19170-0001 |
| UPS | | PO BOX 730900 | DALLAS | TX | 75373-0900 |
| UPS | MIKE ANGLIN | 1405 W 2200 S STE 300 | SALT LAKE CITY | UT | 84119 |
| VEOLIA ES SOLID WASTE MIDWEST INC C6 | | PO BOX 6484 | CAROL STREAM | IL | 60197-6484 |
| WE ENERGIES | | 231 W MICHIGAN ST | MILWAUKEE | WI | 53203 |
| WITCO SYSTEMS INC | | 6711 WEST GOOD HOPE RD | MILWAUKEE | WI | 53223-4620 |

In re: The Reader's Digest Association, Inc., et al.
Case No.: 09-23529

1 of 1

12/21/2009
3:43 PM