**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 11 |
| **THE READER'S DIGEST ASSOCIATION, INC.,** *et al.,* | ) |
|  | ) Case No. 09-23529 |
| Debtors. | ) Jointly Administered |
|  | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Greg Barlage, depose and say that I am employed by Kurtzman Carson Consultants, LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On or before January 21, 2010, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Filing Second Supplement to the Plan Supplement for the Third Amended Proposed Joint Chapter 11 Plan of Reorganization of The Reader's Digest Association, Inc. and Its Debtor Affiliates** *Without Exhibit* [Docket No. 466]

January 22, 2010

_____
Greg Barlage

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 22nd day of January, 2010, by Greg Barlage, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____



AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| ARMC Volunteers | Marilyn Oscarson | 150 W 100 N | Vernal | UT | 84078-2036 |
| Diane Morgan | | 75 Church St | Nahunta | GA | 31553-9456 |
| Miller, Bettina | | 1702 E Iron St | Milwaukee | WI | 53207-2312 |
| Pro Fitness Health Solution | | 4 Corporate Dr Ste 295 | Shelton | CT | 06484-6240 |
| Teresa Gibbs | | PO Box 351 | Albion | IA | 50005-0351 |