**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| THE READER'S DIGEST ASSOCIATION, INC., _et al_.,[1] | ) Case No. 09-23529 |
| Debtors. | ) Jointly Administered |

**MASTER AND RULE 2002 SERVICE LISTS AS OF MAY 10, 2010**

---

[1] Please contact Kurtzman Carson Consultants to request a copy of the Master Service List or Rule 2002 Service List in Excel or Word format: P: 866-967-0491; E: KCC_RDA@kccllc.com. The lists are also posted on the Debtors' Restructuring website: www.kccllc.net/Readers.

1

| **Counsel to the Debtors** | **Claims and Noticing Agent to the Debtors** |
|---|---|
| Kirkland & Ellis LLP | Kurtzman Carson Consultants |
| James HM Sprayregen, Paul M Basta & Nicole L Greenblatt | Alison Tearnen |
| 601 Lexington Avenue | 2335 Alaska Avenue |
| New York, NY 10022 | El Segundo, CA 90245 |
| P: 212-446-4800 | P: 310-823-9000 |
| F: 212-446-4900 | F: 310-751-1847 |
|  | E: atearnen@kccllc.com |
| **Counsel to NewPage Corporation** | **Counsel for the Bank of New York as Indenture Trustee** |
| Arent Fox LLP | Dechert LLP |
| Schuyler G Carroll & Robert M Hirsh | Glenn E Siegel & Bret M Harper |
| 1675 Broadway | 1095 Ave of the Americas |
| New York, NY 10019 | New York, NY 10036-6797 |
| P: 212-484-3900 | P: 212-698-3500 |
| F: 212-484-3990 | F: 212-698-3599 |
| E: hirsh.robert@arentfox.com | E: glenn.siegel@dechert.com |
|  | bret.harper@dechert.com |
| **Environmental Protection Agency** | **Counsel to the City of Garland Tax Assessor and Collector** |
| Environmental Protection Agency | Gay Mccall Isaacks Gordon & Roberts PC |
| Lisa Jackson Administrator | Barbara R Hunt |
| Ariel Rios Building Rm 300 | 1919 S Shiloh Rd Ste 310 LB40 |
| 1200 Pennsylvania Avenue NW | Garland, TX 75042 |
| Washington, DC 20460 | P: 972-278-8282 |
|  | E: bhunt@ntexas-attorneys.com |
| **Official Committee of Unsecured Creditors** | **Internal Revenue Service** |
| HCL Technologies Ltd | Internal Revenue Service |
| Attn Vineet Vij | Centralized Insolvency Operations |
| A 11 Sector 16 | 11601 Roosevelt Boulevard |
| Noida, Uttar Paresh 201301 INDIA | Mail Drop N781 |
| P: 91-120-4383006 | Philadelphia, PA 19255 |
|  | P: 800-913-9358 |
|  | F: 215-516-2015 |
| **Internal Revenue Service** | **Counsel to the Prepetition Lenders and Postpetition Lenders** |
| Internal Revenue Service | JH Cohn LLP |
| Centralized Insolvency Operations | Sharon Bromberg, Kevin Clancy, |
| PO Box 21126 | Bernard Katz & Michael Katz |
| Philadelphia, PA 19114-0326 | 333 Thornall Street |
| F: 215-516-2015 | Edison, NJ 08837 |
|  | P: 732-549-0700 |
|  | F: 732-590-3940 |
|  | E: sbromberg@jhcohn.com |
|  | kclancy@jhcohn.com |
|  | bkatz@jhcohn.com |
|  | mkatz@jhcohn.com |

| | |
|---|---|
| **Administrative Agent for US Term Loan**<br>JP Morgan Chase<br>Lawrence Chin<br>1111 Fannin St 10th Fl<br>Houston, TX 77002<br>P: 713-750-7906<br>F: 713-750-2938<br>E: lawrence.a.chin@jpmchase.com | **Administrative Agent for US Term Loan**<br>JP Morgan Chase<br>Tina Ruyter<br>270 Park Ave<br>New York, NY 10017<br>P: 212-270-4676<br>F: 212-270-5127<br>E: tina.ruyter@jpmorgan.com |
| **Official Committee of Unsecured Creditors**<br>Madison Paper Company<br>Brendan Lesch<br>Myllykoski North America<br>101 Merritt 7 5th Fl<br>Norwalk, CT 06851<br>P: 203-229-7414<br>F: 203-229-7458 | **Official Committee of Unsecured Creditors**<br>Michael John Bohane<br>1143 Casey Key Rd<br>Nokomis, FL 34275<br>P: 941-484-3510 |
| Moelis & Company<br>Devon Ghelani<br>399 Park Ave 5th Fl<br>New York, NY 10022<br>P: 212-880-7318<br>F: 212-551-3282<br>E: devon.ghelani@moelis.com | **Official Committee of Unsecured Creditors**<br>New Page Corporation<br>Greg Hadley<br>8540 Gander Creek Drive<br>Miamisburg, OH 45342<br>P: 937-242-9569<br>F: 937-608-7012 |
| **US Attorney General New York**<br>Office of the Attorney General<br>Andrew M Cuomo<br>120 Broadway<br>New York, NY 10007<br>P: 212-416-8000<br>F: 212-416-8139<br>E: neal.mann@oag.state.ny.us | **US Attorney General New York**<br>Office of the Attorney General<br>Andrew M Cuomo<br>The Capitol<br>Albany, NY 12224-0341<br>P: 518-474-5481<br>F: 518-474-3618<br>E: nancy.lord@oag.state.ny.us |
| **US Attorney General New Jersey**<br>Office of the Attorney General<br>Anne Milgram<br>PO Box 080<br>Trenton, NJ 08625-0080<br>P: 609-292-4925<br>F: 609-292-3508 | **US Attorney General Florida**<br>Office of the Attorney General<br>Bill Mccollum<br>The Capitol Pl 01<br>Tallahassee, FL 32399-1050<br>P: 850-245-0157<br>F: 850-414-2641 |

**US Attorney General Virginia**
Office of the Attorney General
Bill Mims
900 E Main St
Richmond, VA 23219
P: 804-786-2071
F: 804-786-1991

**US Attorney General Wyoming**
Office of the Attorney General
Bruce A Salzburg
123 Capitol Bldg
200 W 24th St
Cheyenn, WY 82002
P: 307-777-7841
F: 307-777-6869

**US Attorney General Nevada**
Office of the Attorney General
Catherine Cortez Masto
100 N Carson St
Carson City, NV 89701-4717
P: 775-684-1100
F: 775-684-1108

**US Attorney General Missouri**
Office of the Attorney General
Chris Koster
207 W High St
PO Box 899
Jefferson City, MO 65102
P: 573-751-3321
F: 573-751-0074

**US Attorney General Alaska**
Office of the Attorney General
Daniel S Sullivan
PO Box 110300
Juneau, AK 99811-0300
P: 907-465-2133
F: 907-465-2075
E: attorney.general@alaska.gov

**US Attorney General West Virginia**
Office of the Attorney General
Darrell McGraw
West Virginia State Capitol Bdlg 1
Rm 26 E
Charleston, WV 25305
P: 304-558-2021
F: 305-558-0140

**US Attorney General Maryland**
Office of the Attorney General
Douglas F Gansler
200 St Paul Place
Baltimore, MD 21202
P: 410-576-6300
F: 410-576-6404

**US Attorney General Arkansas**
Office of the Attorney General
Dustin McDaniel
323 Center St Ste 200
Little Rock, AR 72201
P: 501-682-2007
F: 501-682-8084

**US Attorney General California**
Office of the Attorney General
Edmund G Brown  Jr
California Dept of Justice
PO Box 944255
Sacramento, CA 94244-2550
P: 916-322-3360
F: 916-323-5341

**US Attorney General New Mexico**
Office of the Attorney General
Gery K King
PO Drawer 1508
Santa Fe, NM 87504-1508
P: 505-827-6000
F: 505-827-5826

| | |
|---|---|
| **US Attorney General Texas**<br>Office of the Attorney General<br>Greg Abbott<br>PO Box 12548<br>Austin, TX 78711-2548<br>P: 512-463-2100<br>F: 512-475-4413<br>E: gregabbott@oag.state.tx.us | **US Attorney General Indiana**<br>Office of the Attorney General<br>Greg Zoeller<br>Indiana Government Center South<br>302 W Washington St<br>Indianapolis, IN 46204<br>P: 317-232-6201<br>F: 317-232-7979<br>E: constituent@atg.in.gov |
| **US Attorney General South Carolina**<br>Office of the Attorney General<br>Henry McMaster<br>PO Box 11549<br>Columbia, SC 29211<br>P: 803-734-3970<br>F: 803-734-4323 | **US Attorney General Kentucky**<br>Office of the Attorney General<br>Jack Conway<br>700 Capitol Ave Ste 118<br>Frankfort, KY 40601<br>P: 502-696-5300<br>F: 502-564-2894<br>E: attorney.general@ag.ky.gov |
| **US Attorney General Louisiana**<br>Office of the Attorney General<br>James D Caldwell<br>PO Box 94005<br>Baton Rouge, LA 70804<br>P: 225-326-6465<br>F: 225-326-6499 | **US Attorney General Maine**<br>Office of the Attorney General<br>Janet Mills<br>6 State House Station<br>Augusta, ME 04333<br>P: 207-626-8800<br>F: 207-287-3145 |
| **US Attorney General Wisconsin**<br>Office of the Attorney General<br>JB Van Hollen<br>PO Box 7857<br>Madison, WI 53707-7857<br>P: 608-266-1221<br>F: 608-267-2779 | **US Attorney General Mississippi**<br>Office of the Attorney General<br>Jim Hood<br>PO Box 22947<br>Jackson, MS 39225<br>P: 601-359-4230<br>F: 601-359-4231 |
| **US Attorney General Oregon**<br>Office of the Attorney General<br>John Kroger<br>Oregon Dept of Justice<br>1162 Court St NE<br>Salem, OR 97301-4096<br>P: 503-378-4400<br>F: 503-378-4017 | **US Attorney General New Hampshire**<br>Office of the Attorney General<br>John Lynch<br>25 Capitol St<br>Concord, NH 03301<br>P: 603-271-2121<br>F: 603-271-7680 |

**US Attorney General Colorado**
Office of the Attorney General
John W Suthers
1525 Sherman St 7th Fl
Denver, CO 80203
P: 303-866-4500
F: 303-866-5691
E: attorney.general@state.co.us

**US Attorney General Delaware**
Office of the Attorney General
Joseph R Biden III
Carvel State Office Bldg
820 N French St
Wilmington, DE 19801
P: 302-577-8600
F: 302-577-2496
E: attorney.general@state.de.us

**US Attorney General Idaho**
Office of the Attorney General
Lawrence Wasden
700 W State St
PO Box 83720
Boise, ID 83720-0010
P: 208-334-2400
F: 208-854-8071

**US Attorney General Minnesota**
Office of the Attorney General
Lori Swanson
1400 Bremer Tower
445 Minnesota St
St Paul, MN 55101-2131
P: 651-296-3353
F: 651-282-2155

**US Attorney General Utah**
Office of the Attorney General
Mark Shurtleff
Utah State Capitol Complex
350 N State St Ste 230
Salt Lake City, UT 84114-2320
F: 801-538-1121

**US Attorney General Nebraska**
Office of the Attorney General
Jon Buning
2115 State Capitol
Lincoln, NE 68509
P: 402-471-2682
F: 402-471-3297

**US Attorney General South Dakota**
Office of the Attorney General
Larry Long
1302 E Hwy 14 Ste 1
Pierre, SD 57501-8501
P: 605-773-3215
F: 605-773-4106

**US Attorney General Illinois**
Office of the Attorney General
Lisa Madigan
100 W Randolph St
Chicago, IL 60601
P: 312-814-3000
F: 312-814-3374

**US Attorney General Hawaii**
Office of the Attorney General
Mark Bennett
425 Queen St
Honolulu, HI 96813
P: 808-586-1500
F: 808-586-1239

**US Attorney General Michigan**
Office of the Attorney General
Mike Cox
G Menne Williams Bldg 7th Fl
525 W Ottawa St PO Box 30212
Lansing, MI 48909
P: 517-373-1110
F: 517-373-3042

| | |
|---|---|
| **US Attorney General Rhode Island**<br>Office of the Attorney General<br>Patrick C Lynch<br>150 S Main St<br>Providence, RI 02903<br>P: 401-274-4400<br>F: 401-222-1331 | **US Attorney General Connecticut**<br>Office of the Attorney General<br>Richard Blumenthal<br>55 Elm St<br>Hartford, CT 06106<br>P: 860-808-5318<br>F: 860-808-5387 |
| **US Attorney General Ohio**<br>Office of the Attorney General<br>Richard Cordray<br>30 E Broad St 17th Fl<br>Columbus, OH 43215-3428<br>P: 614-466-4320<br>F: 614-466-5087 | **US Attorney General Washington**<br>Office of the Attorney General<br>Rob Mckenna<br>1125 Washington St Ste<br>PO Box 40100<br>Olympia, WA 98504<br>P: 360-753-6200<br>F: 360-586-8474 |
| **US Attorney General Tennessee**<br>Office of the Attorney General<br>Robert E Cooper Jr<br>PO Box 20207<br>Nashville, TN 37202-0207<br>P: 615-741-3491<br>F: 651-741-2009 | **US Attorney General North Carolina**<br>Office of the Attorney General<br>Roy Cooper<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001<br>P: 919-716-6400<br>F: 919-716-6750 |
| **US Attorney General Montana**<br>Office of the Attorney General<br>Steve Bullock<br>Department of Justice<br>PO Box 201401<br>Helena, MT 59620-1401<br>P: 406-444-2026<br>F: 406-444-3549<br>E: contactdoj@mt.gov | **US Attorney General Kansas**<br>Office of the Attorney General<br>Steve Six<br>Memorial Hall 2nd Fl<br>1520 SW 10th St<br>Topeka, KS 66612<br>P: 785-296-3751<br>F: 785-291-3699 |
| **US Attorney General Arizona**<br>Office of the Attorney General<br>Terry Goddard<br>1275 W Washington St<br>Phoenix, AZ 85007<br>P: 602-542-5025 | **US Attorney General Georgia**<br>Office of the Attorney General<br>Thurbert E Baker<br>40 Capitol Sq SW<br>Atlanta, GA 30334<br>P: 404-656-3300<br>F: 404-657-8733 |

**US Attorney General Pennsylvania**
Office of the Attorney General
Tom Corbett
16th Fl Strawberry Sq
Harrisburg, PA 17120
P: 717-787-3391
F: 717-787-8242

**US Attorney General Iowa**
Office of the Attorney General
Tom Miller
1305 E Walnut St
Des Moines, IA 50319
P: 515-281-5926
F: 515-281-6771

**US Attorney General Alabama**
Office of the Attorney General
Troy King
500 Dexter Ave
Montgomery, AL 36130
P: 334-242-7300
F: 334-242-7458

**US Attorney General District of Columbia**
Office of the Attorney General
US Department Of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001
F: 202-616-2278

**US Attorney General Oklahoma**
Office of the Attorney General
WA Drew Edmondson
313 NE 21st St
Oklahoma City, OK 73105
P: 405-521-3921
F: 405-522-4534

**US Attorney General North Dakota**
Office of the Attorney General
Wayne Stenehjem
600 E Boulevard Ave Dept 125
Bismarck, ND 58505
P: 701-328-2210
F: 701-328-3535
E: ndag@state.nd.us

**US Attorney General Vermont**
Office of the Attorney General
William H Sorrell
109 State St
Montpelier, VT 05609-1001
P: 802-828-3171
F: 802-828-2154

**United States Trustee Southern District of New York**
Office of the United States Trustee
Paul Schwartzberg
33 Whitehall Street 21st Floor
New York, NY 10004
P: 212-510-0500x221
F: 212-668-2255

**Office of US Attorney SDNY**
Office of US Attorney SDNY
86 Chambers Street
New York, NY 10007
F: 212-637-2684

**Office of US Attorney SDNY**
Office of US Attorney SDNY
300 Quarropas Street
White Plains, NY 10601
F: 914-993-9036

| | |
|---|---|
| **Counsel to the Official Committee of Unsecured Creditors**<br>Otterbourg Steindler Houston & Rosen PC<br>Scott L Hazan & William M Silverman & David M Posner<br>230 Park Ave<br>New York, NY 10169<br>P: 212-661-9100<br>F: 212-682-6104<br>E: shazan@oshr.com<br>dposner@oshr.com | **Pension Benefit Guaranty Corporation**<br>Pension Benefit Guaranty Corporation<br>Attn General Counsel<br>1200 K Street NW<br>Suite 340<br>Washington, DC 20005 |
| **Official Committee of Unsecured Creditors**<br>Peter Davenport<br>10 Tall Timber Rd<br>Mt. Kisco, NY 10549<br>P: 914-666-8268<br>F: 914-666-9450 | **Interested Party**<br>Peter J Solomon Company<br>Anders J Maxwell<br>520 Madison Ave<br>New York, NY 10022<br>P: 212-508-4600<br>F: 212-508-1633<br>E: amaxwell@pjsolomon.com |
| **Official Committee of Unsecured Creditors**<br>Ross Jones<br>5 Driftwood Landing<br>Gulf Stream, FL 33483<br>P: 561-243-8634<br>F: 561-272-5082 | **Official Committee of Unsecured Creditors**<br>RR Donnelley & Sons Company<br>Dan Pevonka<br>3075 Highland Parkway<br>Downers Grove, IL 60515<br>P: 630-322-6931<br>F: 630-322-6052 |
| **Securities and Exchange Commission**<br>Securities and Exchange Commission<br>James A Clarkson Regional Director<br>3 World Financial Center Suite 400<br>New York, NY 10281<br>P: 212-336-1100<br>E: secbankruptcy@sec.gov | **Securities and Exchange Commission**<br>Securities and Exchange Commission<br>100 F Street Northeast<br>Washington, DC 20549<br>P: 202-942-8088<br>F: 703-813-6965<br>E: newyork@sec.gov |
| **Counsel to the Prepetition Lenders and Postpetition Lenders**<br>Simpson Thatcher & Bartlett LLP<br>Patrick Ryan, Art Robinson & Jill Kalish<br>425 Lexington Ave<br>New York, NY 10017-3954<br>P: 212-455-2000<br>F: 212-455-2502<br>E: pryan@stblaw.com<br>arobinson@stblaw.com<br>jkalish@stblaw.com | **Top 30 Unsecured Creditor**<br>Sony Music Entertainment<br>Susan S Danz<br>E: Sue.Danz@sonymusic.com |

**Official Committee of Unsecured Creditors**
The Bank of New York Mellon
Stuart Rothenberg
101 Barclay St 8 West
New York, NY 10286
P: 212-298-1977
F: 212-815-5704

**Official Committee of Unsecured Creditors**
Thomas M Kenney
10 The Byway
Bronxville, NY 10708
P: 914-395-0060
F: 914-395-0060

**Official Committee of Unsecured Creditors**
Wilfrid Aubrey LLC
Nicholas W Walsh
100 William St Ste 1850
New York, NY 10038
P: 212-675-4906
F: 212-675-3626

**Official Committee of Unsecured Creditors**
Williams Lea Inc
Ken Amann
233 South Wacker Ste 4850
Chicago, IL 60606
P: 312-681-6459
F: 312-681-6350

**Counsel to the Ad Hoc Committee of Noteholders**
Wilmer Hale
Dennis Jenkins
60 State St
Boston, MA 02109-0000
P: 617-526-6491
F: 617-526-5000
E: dennis.jenkins@wilmerhale.com