THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> **THE READER'S DIGEST ASSOCIATION, INC.,** *et al.,* <br><br> Reorganized Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 09-23529 <br> ) Jointly Administered <br> ) |

### AFFIDAVIT OF SERVICE

I, Alison M. Tearnen, depose and say that I am employed by Kurtzman Carson Consultants, LLC (KCC), the claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

On May 3, 2010, at my direction and under my supervision, employees of KCC served the following document via First Class mail on the Master Service List attached hereto as **Exhibit A** and via Electronic mail on the Master Service List attached hereto as **Exhibit B**:

- **Notice of Hearing and Reorganized Debtors' Fifth Omnibus Objection to Certain Books and Records Claims Related to the Non-Qualified Plans** [Docket No. 732]

Furthermore, on May 3, 2010, at my direction and under my supervision, employees of KCC served the following document via First Class mail on the list of claimants attached hereto as **Exhibit C[1]**:

- *Customized* **Notice of Hearing and Reorganized Debtors' Fifth Omnibus Objection to Certain Books and Records Claims Related to the Non-Qualified Plans** [Docket No. 732]

May 12, 2010

_____
Alison M. Tearnen

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12th day of May, 2010, by Alison M. Tearnen, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

---

[1] Consistent with the Reorganized Debtors' Fifth Omnibus Objection to Certain Books and Records Claims Related to the Non-Qualified Plans, the address information is not included for each of the claimants listed on **Exhibit C**.

# **EXHIBIT A**

Exhibit A
Master Service List

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Arent Fox LLP | Schuyler G Carroll & Robert M Hirsh | 1675 Broadway | | New York | NY | 10019 | |
| Cheifetz Iannitelli Marcolini PC | Claudio E Iannitelli & Jonathan M Levine | 111 W Monroe St 17th Fl | | Phoenix | AZ | 85003 | |
| Dechert LLP | Glenn E Siegel & Bret M Harper | 1095 Ave of the Americas | | New York | NY | 10036-6797 | |
| Environmental Protection Agency | Lisa Jackson Administrator | Ariel Rios Building Rm 300 | 1200 Pennsylvania Ave NW | Washington | DC | 20460 | |
| HCL Technologies Ltd | Attn Vineet Vij | A 11 Sector 16 | | Noida | Uttar Paresh | 201301 | India |
| Internal Revenue Service | Centralized Insolvency Operations | 11601 Roosevelt Boulevard | Mail Drop N781 | Philadelphia | PA | 19255 | |
| Internal Revenue Service | Centralized Insolvency Operations | PO Box 21126 | | Philadelphia | PA | 19114-0326 | |
| JH Cohn LLP | Sharon Bromberg, Kevin Clancy, Bernard Katz & Michael Katz | 333 Thornall Street | | Edison | NJ | 08837 | |
| JP Morgan Chase | Lawrence Chin | 1111 Fannin St 10th Fl | | Houston | TX | 77002 | |
| JP Morgan Chase | Tina Ruyter | 270 Park Ave | | New York | NY | 10017 | |
| Madison Paper Company | Brendan Lesch | Myllykoski North America | 101 Merritt 7 5th Fl | Norwalk | CT | 06851 | |
| Michael John Bohane | | 1143 Casey Key Rd | | Nokomis | FL | 34275 | |
| New Page Corporation | Greg Hadley | 8540 Gander Creek Drive | | Miamisburg | OH | 45342 | |
| Office of the Attorney General | Andrew M Cuomo | The Capitol | | Albany | NY | 12224-0341 | |
| Office of the Attorney General | Andrew M Cuomo | 120 Broadway | | New York | NY | 10007 | |
| Office of the Attorney General | Anne Milgram | PO Box 080 | | Trenton | NJ | 08625-0080 | |
| Office of the Attorney General | Bill Mccollum | The Capitol Pl 01 | | Tallahassee | FL | 32399-1050 | |
| Office of the Attorney General | Bill Mims | 900 E Main St | | Richmond | VA | 23219 | |
| Office of the Attorney General | Bruce A Salzburg | 123 Capitol Bldg | 200 W 24th St | Cheyenn | WY | 82002 | |
| Office of the Attorney General | Catherine Cortez Masto | 100 N Carson St | | Carson City | NV | 89701-4717 | |
| Office of the Attorney General | Chris Koster | 207 W High St | PO Box 899 | Jefferson City | MO | 65102 | |
| Office of the Attorney General | Daniel S Sullivan | PO Box 110300 | | Juneau | AK | 99811-0300 | |
| Office of the Attorney General | Darrell McGraw | West Virginia State Capitol Bdlg 1 | Rm 26 E | Charleston | WV | 25305 | |
| Office of the Attorney General | Douglas F Gansler | 200 St Paul Place | | Baltimore | MD | 21202 | |
| Office of the Attorney General | Dustin McDaniel | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| Office of the Attorney General | Edmund G Brown  Jr | California Dept of Justice | PO Box 944255 | Sacramento | CA | 94244-2550 | |
| Office of the Attorney General | Gery K King | PO Drawer 1508 | | Santa Fe | NM | 87504-1508 | |
| Office of the Attorney General | Greg Abbott | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Office of the Attorney General | Greg Zoeller | Indiana Government Center South | 302 W Washington St | Indianapolis | IN | 46204 | |
| Office of the Attorney General | Henry McMaster | PO Box 11549 | | Columbia | SC | 29211 | |
| Office of the Attorney General | Jack Conway | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 | |
| Office of the Attorney General | James D Caldwell | PO Box 94005 | | Baton Rouge | LA | 70804 | |
| Office of the Attorney General | Janet Mills | 6 State House Station | | Augusta | ME | 04333 | |
| Office of the Attorney General | JB Van Hollen | PO Box 7857 | | Madison | WI | 53707-7857 | |
| Office of the Attorney General | Jim Hood | PO Box 22947 | | Jackson | MS | 39225 | |
| Office of the Attorney General | John Kroger | Oregon Dept of Justice | 1162 Court St NE | Salem | OR | 97301-4096 | |
| Office of the Attorney General | John Lynch | 25 Capitol St | | Concord | NH | 03301 | |
| Office of the Attorney General | John W Suthers | 1525 Sherman St 7th Fl | | Denver | CO | 80203 | |
| Office of the Attorney General | Jon Buning | 2115 State Capitol | | Lincoln | NE | 68509 | |
| Office of the Attorney General | Joseph R Biden III | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 | |
| Office of the Attorney General | Larry Long | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501-8501 | |
| Office of the Attorney General | Lawrence Wasden | 700 W State St | PO Box 83720 | Boise | ID | 83720-0010 | |
| Office of the Attorney General | Lisa Madigan | 100 W Randolph St | | Chicago | IL | 60601 | |
| Office of the Attorney General | Lori Swanson | 1400 Bremer Tower | 445 Minnesota St | St Paul | MN | 55101-2131 | |
| Office of the Attorney General | Mark Bennett | 425 Queen St | | Honolulu | HI | 96813 | |
| Office of the Attorney General | Mark Shurtleff | Utah State Capitol Complex | 350 N State St Ste 230 | Salt Lake City | UT | 84114-2320 | |

In re: The Reader's Digest Association, Inc., et al.  
Case No.: 09-23529

Page 1 of 2

5/5/2010  
5:20 PM

Exhibit A
Master Service List

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Office of the Attorney General | Mike Cox | G Menne Williams Bldg 7th Fl | 525 W Ottawa St PO Box 30212 | Lansing | MI | 48909 | |
| Office of the Attorney General | Patrick C Lynch | 150 S Main St | | Providence | RI | 02903 | |
| Office of the Attorney General | Richard Blumenthal | 55 Elm St | | Hartford | CT | 06106 | |
| Office of the Attorney General | Richard Cordray | 30 E Broad St 17th Fl | | Columbus | OH | 43215-3428 | |
| Office of the Attorney General | Rob Mckenna | 1125 Washington St Ste | PO Box 40100 | Olympia | WA | 98504 | |
| Office of the Attorney General | Robert E Cooper Jr | PO Box 20207 | | Nashville | TN | 37202-0207 | |
| Office of the Attorney General | Roy Cooper | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | |
| Office of the Attorney General | Steve Bullock | Department of Justice | PO Box 201401 | Helena | MT | 59620-1401 | |
| Office of the Attorney General | Steve Six | Memorial Hall 2nd Fl | 1520 SW 10th St | Topeka | KS | 66612 | |
| Office of the Attorney General | Terry Goddard | 1275 W Washington St | | Phoenix | AZ | 85007 | |
| Office of the Attorney General | Thurbert E Baker | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| Office of the Attorney General | Tom Corbett | 16th Fl Strawberry Sq | | Harrisburg | PA | 17120 | |
| Office of the Attorney General | Tom Miller | 1305 E Walnut St | | Des Moines | IA | 50319 | |
| Office of the Attorney General | Troy King | 500 Dexter Ave | | Montgomery | AL | 36130 | |
| Office of the Attorney General | US Department Of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | |
| Office of the Attorney General | WA Drew Edmondson | 313 NE 21st St | | Oklahoma City | OK | 73105 | |
| Office of the Attorney General | Wayne Stenehjem | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 | |
| Office of the Attorney General | William H Sorrell | 109 State St | | Montpelier | VT | 05609-1001 | |
| Office of the United States Trustee | Paul Schwartzberg | 33 Whitehall Street 21st Floor | | New York | NY | 10004 | |
| Office of US Attorney SDNY | | 86 Chambers Street | | New York | NY | 10007 | |
| Office of US Attorney SDNY | | 300 Quarropas Street | | White Plains | NY | 10601 | |
| Otterbourg Steindler Houston & Rosen PC | Scott L Hazan & William M Silverman & David M Posner | 230 Park Ave | | New York | NY | 10169 | |
| Pension Benefit Guaranty Corporation | Attn General Counsel | 1200 K Street NW | Suite 340 | Washington | DC | 20005 | |
| Peter Davenport | | 10 Tall Timber Rd | | Mt. Kisco | NY | 10549 | |
| Peter J Solomon Company | Anders J Maxwell | 520 Madison Ave | | New York | NY | 10022 | |
| Ross Jones | | 5 Driftwood Landing | | Gulf Stream | FL | 33483 | |
| RR Donnelley & Sons Company | Dan Pevonka | 3075 Highland Parkway | | Downers Grove | IL | 60515 | |
| Securities and Exchange Commission | James A Clarkson Regional Director | 3 World Financial Center Suite 400 | | New York | NY | 10281 | |
| Securities and Exchange Commission | | 100 F Street Northeast | | Washington | DC | 20549 | |
| Simpson Thatcher & Bartlett LLP | Patrick Ryan, Art Robinson & Jill Kalish | 425 Lexington Ave | | New York | NY | 10017-3954 | |
| The Bank of New York Mellon | Stuart Rothenberg | 101 Barclay St 8 West | | New York | NY | 10286 | |
| Thomas M Kenney | | 10 The Byway | | Bronxville | NY | 10708 | |
| Wilfrid Aubrey LLC | Nicholas W Walsh | 100 William St Ste 1850 | | New York | NY | 10038 | |
| Williams Lea Inc | Ken Amann | 233 South Wacker Ste 4850 | | Chicago | IL | 60606 | |
| Wilmer Hale | Dennis Jenkins | 60 State St | | Boston | MA | 02109 | |

In re: The Reader's Digest Association, Inc., et al.
Case No.: 09-23529

Page 2 of 2

5/5/2010
5:20 PM

# **EXHIBIT B**

**Exhibit B**

Email Service List

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Arent Fox LLP | Schuyler G Carroll & Robert M Hirsh | hirsh.robert@arentfox.com |
| Dechert LLP | Glenn E Siegel & Bret M Harper | glenn.siegel@dechert.com |
|  |  | bret.harper@dechert.com |
| JH Cohn LLP | Sharon Bromberg, Kevin Clancy, Bernard Katz & Michael Katz | sbromberg@jhcohn.com |
|  |  | kclancy@jhcohn.com |
|  |  | bkatz@jhcohn.com |
|  |  | mkatz@jhcohn.com |
| JP Morgan Chase | Lawrence Chin | lawrence.a.chin@jpmchase.com |
| JP Morgan Chase | Tina Ruyter | tina.ruyter@jpmorgan.com |
| Moelis & Company | Devon Ghelani | devon.ghelani@moelis.com |
| Office of the Attorney General | Andrew M Cuomo | nancy.lord@oag.state.ny.us |
| Office of the Attorney General | Andrew M Cuomo | neal.mann@oag.state.ny.us |
| Office of the Attorney General | Daniel S Sullivan | attorney.general@alaska.gov |
| Office of the Attorney General | Greg Abbott | gregabbott@oag.state.tx.us |
| Office of the Attorney General | Greg Zoeller | constituent@atg.in.gov |
| Office of the Attorney General | Jack Conway | attorney.general@ag.ky.gov |
| Office of the Attorney General | John W Suthers | attorney.general@state.co.us |
| Office of the Attorney General | Joseph R Biden III | attorney.general@state.de.us |
| Office of the Attorney General | Steve Bullock | contactdoj@mt.gov |
| Office of the Attorney General | Wayne Stenehjem | ndag@state.nd.us |
| Otterbourg Steindler Houston & Rosen PC | Scott L Hazan & William M Silverman & David M Posner | shazan@oshr.com |
|  |  | dposner@oshr.com |
| Peter J Solomon Company | Anders J Maxwell | amaxwell@pjsolomon.com |
| Securities and Exchange Commission | James A Clarkson Regional Director | secbankruptcy@sec.gov |
| Securities and Exchange Commission |  | newyork@sec.gov |
| Simpson Thatcher & Bartlett LLP | Patrick Ryan, Art Robinson & Jill Kalish | pryan@stblaw.com |
|  |  | arobinson@stblaw.com |
|  |  | jkalish@stblaw.com |
| Sony Music Entertainment | Susan S Danz | Sue.Danz@sonymusic.com |
| Wilmer Hale | Dennis Jenkins | dennis.jenkins@wilmerhale.com |

# **EXHIBIT C**

## Exhibit C
### Affected Claimants

| Company | Contact |
|---|---|
| ANTHONY W RUGGIERO | |
| BARBARA J MORGAN | |
| BARRY M LIEBMAN | |
| BRIAN K BURKART | |
| CAROLE BROWN | |
| CAROLE M HOWARD | |
| CASEY HERBERT | |
| CHARLES E BARNETT | |
| CHARLES F CANNONE | |
| CHARLES KIM | |
| CONNIE K BECK | |
| DAVID C HOCHBERG | c o O'MELVENY & MEYERS LLP |
| DAVID C HOCHBERG | |
| DAVID C STATHEM | |
| DONALD CALVIN LAW | c o PAUL CARROLL III |
| E KENDALL GILLETT III | |
| EDWARD T THOMPSON | |
| EDWIN B KOLSBY | |
| ELBA BESTERIO | |
| FRANCIS J SCHELL | |
| FRED P HOCHBERG | c o O'MELVENY & MEYERS LLP |
| FRED P HOCHBERG | |
| GARY S RICH | |
| GEORGE ARTHUR HANNA | |
| GEORGE V GRUNE | c o KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| GEORGE V GRUNE | c o KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| GEORGE V GRUNE | |
| GLENN R GRAY | c o DOWD & DOWD |
| GLENN R GRAY | |
| GREGORY BATTISTELLO | |
| GREGORY G COLEMAN | |
| HERB HORN | |
| HUBERT P HANSON | |
| IRENE REED | |
| JAMES F ADAMS JR | |
| JAMES P SCHADT | c o ZEISLER & ZEISLER PC |
| JAMES P SCHADT | |
| JANE POLLEY | c o DOUGLAS S SKALKA |
| JANE R PERSONENI | |
| JEAN C GEORGE | |
| JEAN DANIELLO | |
| JEANMARIE GELINAS | |
| JOEL FEIGENBAUM | |
| JOHN HUBBELL | |
| JOSEPH M GRECKY | |
| KARL RICHARD FITZGERALD | |
| KENNETH A H GORDON | |
| KENNY PATRICK | |
| LAWRENCE ELLIOTT | |
| LINDA BRINTON BOHANE | |
| M JOHN BOHANE | |
| MARCIA LEFKOWITZ | |
| MARK WILDMAN | |
| MARTHA C FARQUHAR | |

**Exhibit C**
**Affected Claimants**

| Company | Contact |
|---|---|
| MARY KATHLEEN KNOX | |
| MELVIN R LAIRD | |
| NAOMI BERNSTEIN | |
| NINA BELL ALLEN | |
| PETER DAVENPORT | |
| RITA AND STANLEY WECKER | CO REBECCA FRUCHTMAN |
| RITA AND STANLEY WECKER | |
| ROBERT BRANSON | |
| ROBERT G SCHWARTZ | |
| ROBERT N BISCHOFF | c o NATHAN HOROWITZ ESQ |
| ROBERT N BISCHOFF | |
| RONALD COLE | |
| ROSS JONES | |
| THEODORE F BROPHY | |
| THOMAS A BELLI | |
| THOMAS D BARRY | |
| THOMAS J DALY | |
| THOMAS M KENNEY | |
| THOMAS O RYDER | |
| WALTER V SHIPLEY | ATTN ELLEN GUOBIS-KELLER |
| WALTER V SHIPLEY | c o JP MORGAN CHASE & CO |
| WILLIAM SCHULZ | |