Hearing Date:  June 18, 2010 at 10:00 a.m. (ET)
Response Deadline:  June 14, 2010 at 4:00 p.m. (ET)

James H.M. Sprayregen P.C.
Paul M. Basta
Nicole L. Greenblatt
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Counsel to the Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE READER'S DIGEST ASSOCIATION, | ) | Case No. 09-23529 (RDD) |
| INC., *et al.*, | ) | |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF FILING OF AMENDED EXHIBIT TO THE REORGANIZED
DEBTORS' FIFTH OMNIBUS OBJECTION TO CERTAIN BOOKS
AND RECORDS CLAIMS RELATED TO THE NON-QUALIFIED PLANS**

**PLEASE TAKE NOTICE THAT** on April 30, 2010, The Reader's Digest Association, Inc. ("***Reader's Digest***") and certain of its affiliates (collectively, the "***Reorganized Debtors***")[1]

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Alex Inc. (5531); Allrecipes.com, Inc. (3797); Ardee Music Publishing, Inc. (2291); Christmas Angel Productions, Inc. (2729); CompassLearning, Inc. (6535); Direct Entertainment Media Group, Inc. (2306); Direct Holdings Americas Inc. (1045); Direct Holdings Custom Publishing Inc. (7452); Direct Holdings Customer Service, Inc. (9015); Direct Holdings Education Inc. (5535); Direct Holdings Libraries Inc. (7299); Direct Holdings U.S. Corp. (4998); Funk & Wagnalls Yearbook Corp. (3787); Gareth Stevens, Inc. (2742); Home Service Publications, Inc. (9525); Pegasus Asia Investments Inc. (0077); Pegasus Investment, Inc. (4252); Pegasus Sales, Inc. (3259); Pleasantville Music Publishing, Inc. (2289); R.D. Manufacturing Corporation (0230); RD Large Edition, Inc. (1489); RD Publications, Inc. (9115); RD Walking, Inc. (6509); RDA Holding Co. (7045); RDA Sub Co. (0501); Reader's Digest Children's Publishing, Inc. (6326); Reader's Digest Consumer Services, Inc. (8469); Reader's Digest Entertainment, Inc. (4742); Reader's Digest Financial Services, Inc. (7291); Reader's Digest Latinoamerica, S.A. (5836); Reader's Digest Sales and Services, Inc. (2377); Reader's Digest Sub Nine, Inc. (2727); Reader's Digest Young Families, Inc. (6158); Reiman Manufacturing, LLC (8760); Reiman Media Group, Inc. (1192); Retirement Living Publishing Company, Inc. (9118); Saguaro Road Records, Inc. (2310); Taste of Home Media Group, Inc. (1190); Taste of Home Productions, Inc. (1193); The Reader's Digest Association, Inc. (6769); Travel Publications, Inc. (2927); W.A. Publications, LLC (0229); WAPLA, LLC (9272); Weekly Reader Corporation (3780); Weekly Reader Custom Publishing, Inc. (3276); World Almanac Education Group, Inc. (3781); World Wide Country Tours, Inc. (1189); WRC Media, Inc. (6536). The location of the Reorganized Debtors' corporate headquarters is:  1 Reader's Digest Road, Pleasantville, NY 10570.

filed the *Reorganized Debtors' Fifth Omnibus Objection to Certain Books and Records Claims Related to the Non-Qualified Plans* [Docket No. 732] (the "***Objection***").[2]

**PLEASE TAKE FURTHER NOTICE THAT** on March 8, 2010, one of the Reorganized Debtors' former employees (the "***Claimant***") submitted a late-filed Proof of Claim (Number 1548) related to the Non-Qualified Plans that should have been included in Schedule 1 to Exhibit A to the Objection.

**PLEASE TAKE FURTHER NOTICE THAT** the Reorganized Debtors hereby file an amended exhibit to the Objection for purposes of including the Claimant on Schedule 1 to Exhibit A to the Objection, a copy of which is attached hereto as **Exhibit A**.[3]

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider the Objection is scheduled to commence at 10:00 a.m. prevailing Eastern Time on June 18, 2010, before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601-4140. **This hearing may be continued by the Court or the Reorganized Debtors without further notice other than by announcement of same in open court and/or by filing and service of, as applicable, a notice of adjournment.**

---

[2]    All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Objection.

[3]    Consistent with the Objection and the Order Authorizing the Debtors to File Under Seal Certain Portions of Debtors' Schedules of Assets and Liabilities [Docket No. 113], the Reorganized Debtors have omitted confidential information relating to employee and retiree compensation, as well as the home addresses for such individuals, from amended Schedule 1 to Exhibit A to the Objection. Unredacted copies of amended Schedule 1 to Exhibit A to the Objection, including the affected participants' addresses and claim amounts, will be provided to the Court, the Office of the Untied States Trustee for the Southern District of New York and the Claims Oversight Committee on a confidential basis. Additionally, the Reorganized Debtors will serve a personalized form of this notice together with a copy of the Objection on the Claimant.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Objection, the Objection Procedures or any other pleadings filed in these chapter 11 cases are available, free of charge, upon request to the Reorganized Debtors' noticing and claims agent, Kurtzman Carson Consultants LLC, by calling (866) 967-0491, emailing kcc_rda@kccllc.com or visiting http://www.kccllc.net/readers.  Please note that all questions regarding your claim should be directed to David Meyer at Kirkland & Ellis LLP by (i) emailing david.meyer@kirkland.com or (ii) calling (212) 446-4800.  **Please do not contact the Court to discuss the merits of your claim or any Objection filed with respect thereto**.

| | |
|---|---|
| Dated: May 18, 2010<br>New York, New York | /s/ *Nicole L. Greenblatt*<br>James H.M. Sprayregen P.C.<br>Paul M. Basta<br>Nicole L. Greenblatt<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York  10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>Counsel to the Reorganized Debtors |

3

# Exhibit A

**Amended Schedule of Non-Qualified Plan Claims**

| Name | Claim Number | Date Filed | Basis | Debtor |
|---|---|---|---|---|
| ADAMS JAMES F  JR | 628 | 11/13/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| ALLEN NINA BELL | 944 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BARNETT CHARLES E | 712 | 11/13/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BARRY THOMAS D | 846 | 11/10/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BATTISTELLO GREGORY | 765 | 11/12/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BECK CONNIE K | 583 | 11/10/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BERNSTEIN NAOMI | 513 | 11/9/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BESTERIO ELBA | 462 | 11/5/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BISCHOFF ROBERT N | 1031 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BOHANE JOHN M | 638 | 11/10/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BOHANE LINDA BRINTON | 842 | 11/10/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BRANSON ROBERT | 328 | 10/27/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BROPHY THEODORE F | 865 | 10/7/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BROWN CAROLE | 769 | 11/10/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| BURKART BRIAN K | 1197 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| CANNONE CHARLES F | 938 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| COLE RONALD | 687 | 11/13/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| COLEMAN GREGORY G | 1013 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| DALY THOMAS J | 347 | 10/28/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| DAVENPORT PETER | 588 | 11/9/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| ELLIOTT LAWRENCE | 564 | 11/9/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| FARQUHAR MARTHA C | 1068 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| FEIGENBAUM JOEL | 151 | 9/28/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| GELINAS JEANMARIE | 1149 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |

| Name | Claim Number | Date Filed | Basis | Debtor |
|---|---|---|---|---|
| GEORGE JEAN C | 864 | 11/12/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| GILLETT III E KENDALL | 957 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| GORDON KENNETH A H | 567 | 11/13/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| GRAY GLENN R | 202 | 10/19/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| GRECKY JOSEPH M | 781 | 11/13/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| GRUNE GEORGE V | 754 | 11/13/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| HANSON HUBERT P | 494 | 11/6/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| HOCHBERG DAVID C | 1241 | 11/16/2009 | Non-Qualified Retirement Plan | Direct Holdings U.S. Corp. |
| HOCHBERG FRED P | 958 | 11/16/2009 | Non-Qualified Retirement Plan | Direct Holdings U.S. Corp. |
| HOWARD CAROLE M | 435 | 11/3/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| HUBBELL JOHN | 939 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| JONES ROSS | 680 | 11/13/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| KENNEY THOMAS M | 548 | 11/11/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| KENNY PATRICK | 1042 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| KIM CHARLES | 1187 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| KNOX MARY KATHLEEN | 719 | 11/10/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| KOLSBY EDWIN B | 169 | 10/13/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| LAIRD MELVIN R | 276 | 10/23/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| LAW DONALD CALVIN | 658 | 11/13/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| LEFKOWITZ MARCIA | 806 | 11/10/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| LIEBMAN BARRY M | 686 | 11/13/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| MORGAN BARBARA J | 325 | 10/27/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| PERSONENI JANE R | 966 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| POLLEY JANE | 1014 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |

| Name | Claim Number | Date Filed | Basis | Debtor |
|---|---|---|---|---|
| REED IRENE | 1325 | 11/18/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| RICH GARY S | 563 | 11/13/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| RUGGIERO ANTHONY W | 654 | 11/12/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| RYDER THOMAS O | 858 | 11/9/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| SCHADT JAMES P | 248 | 10/21/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| SCHELL FRANCIS J | 585 | 11/10/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| SCHULZ WILLIAM | 965 | 11/16/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| SCHWARTZ ROBERT G | 568 | 11/13/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| SHIPLEY WALTER V | 642 | 11/12/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| THOMPSON EDWARD T | 1307 | 11/17/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| WANNER SUSAN HIRTH | 1548 | 3/8/2010 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| WECKER RITA AND STANLEY | 584 | 11/12/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |
| WILDMAN MARK | 639 | 11/10/2009 | Non-Qualified Retirement Plan | The Reader's Digest Association, Inc. |