November 8, 2010


Robert R Branson
91 Heritage Hls Unit B
Somers NY 10589-1530

To: Judge Robert D. Drain

This past week I received a check from the Readers Digest in the amount of $3207— as my final settlement for losing my lifetime annuity of $1,273.76 a month. I think I was treated unfairly for two reasons:

1. I gave up two years of severance pay to receive this annuity — I paid for the lifetime annuity, it wasn't just given to me for good service

2. I was refused a voting ballot by the RD California lawyers because I had a "100% Priority Claim".

I believe RD owes me one of the three options:
   1. Continue my monthly check of $1,273.76
or 2. Reimburse me for two years of severance pay.
or 3. Pay me the unsecured claim of $96,448.

Sorry to bother you but some sort of a better settlement will make a better life for me.

Robert R Branson

April 15, 2010

To: The Reader's Digest Assoc
From: Robert R. Branson

As requested in your letter of April 7, 2010, I am enclosing a copy of my most recent tax return even though I don't think it should have any bearing on my request for a financial settlement.

1. I was refused a voting ballot by the California Lawyers because I had a "100% Priority Claim."
2. I paid for my lifetime annuity by giving up two years of severance pay.
3. I believe I should receive one of the below listed settlements:
    a) Continue my lifetime annuity of $1273.76 per month — my preference.
    b) Reimburse me for the two years of severance pay so I can purchase my own annuity.
    c) Pay me the full amount of the unsecured claim $96,448 — I do not prefer this one!

Robert R Branson

Robert R Branson
91 Heritage Hls Unit B
Somers NY 10589-1530

11-30-09

To: Judge Robert D. Drain

As a longtime retiree of the Readers Digest, I am writing in regard to the Bankruptcy case.

I was terminated, without cause, on January 1, 1987 because my position was eliminated after 25 years of service. Because of my age, my pension was reduced to $1,987.18 a month. To supplement this pension, RD offered me a lifetime annuity of $1,273.76 a month in exchange for me not receiving two years of severance pay. I immediately agreed! By not receiving this check, my retirement income from RD has been reduced by 40%!

May I suggest that the Court consider one of the following three options for me:

1. Continue my monthly check of $1,273.76.

or 2. Reimburse me for the two years of severance pay I did not receive.

or 3. Pay me the full amount of the unsecured claim. $96,448.

I am now 79 years of age and the loss of the lifetime annuity check will certainly reduce my ability to pay for my living expenses and increasing medical expenses. Ripplewood was aware of these retirement benefits when they purchased RD.

Robert R Branson