James H.M. Sprayregen P.C.
Paul M. Basta
Nicole L. Greenblatt
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Counsel to the Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE READER'S DIGEST ASSOCIATION, INC., *et al.*, | Case No. 09-23529 (RDD) |
| Reorganized Debtors. | |
| | Jointly Administered |

**NOTICE OF FILING OF REORGANIZED DEBTORS' LIST OF HOLDERS OF**
**CLASS 5 CLAIMS FOR WHICH DISTRIBUTIONS WERE UNDELIVERABLE**

    **PLEASE TAKE NOTICE** that on January 19, 2010, the United States Bankruptcy Court for the Southern District of New York (the "***Bankruptcy Court***") entered the *Findings of Fact, Conclusions of Law and Order* (the "***Confirmation Order***") [Docket No. 574] confirming the *Third Amended Joint Chapter 11 Plan of Reorganization of The Reader's Digest Association, Inc. and Its Debtor Affiliates* [Docket No. 310] (as amended from time to time, the "***Plan***") filed by The Reader's Digest Association, Inc. and certain of its affiliates (collectively, the "***Reorganized Debtors***").[1]  On February 19, 2010, the Effective Date[2] occurred and the Plan was substantially consummated.

---

[1]   The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Alex Inc. (5531); Allrecipes.com, Inc. (3797); Ardee Music Publishing, Inc. (2291); Christmas Angel Productions, Inc. (2729); CompassLearning,Inc. (6535); Direct Entertainment Media Group, Inc. (2306); Direct Holdings Americas Inc. (1045); Direct Holdings Custom Publishing Inc. (7452); Direct Holdings Customer Service, Inc. (9015); Direct Holdings Education Inc. (5535); Direct Holdings Libraries Inc. (7299); Direct Holdings U.S. Corp. (4998); Funk & Wagnalls Yearbook Corp. (3787); Gareth Stevens, Inc. (2742); Home Service Publications, Inc. (9525); Pegasus Asia Investments Inc. (0077); Pegasus Investment, Inc. (4252); Pegasus Sales, Inc. (3259); Pleasantville Music Publishing, Inc. (2289); R.D. Manufacturing Corporation (0230); RD Large Edition, Inc. (1489); RD Publications, Inc. (9115); RD Walking, Inc. (6509); RDA Holding Co. (7045); RDA Sub Co. (0501); Reader's Digest Children's Publishing, Inc. (6326); Reader's Digest Consumer Services, Inc. (8469); Reader's Digest Entertainment, Inc. (4742); Reader's Digest Financial Services, Inc. (7291); Reader's Digest Latinoamerica, S.A. (5836); Reader's Digest Sales and Services, Inc. (2377); Reader's Digest Sub Nine, Inc. (2727); Reader's Digest Young Families, Inc. (6158); Reiman Manufacturing, LLC (8760); Reiman Media Group, Inc. (1192); Retirement Living Publishing Company, Inc. (9118); Saguaro Road Records, Inc. (2310); Taste of Home Media Group, Inc. (1190); Taste of Home Productions, Inc. (1193); The Reader's Digest Association, Inc. (6769); Travel Publications, Inc. (2927); W.A. Publications, LLC (0229); WAPLA, LLC (9272); Weekly Reader Corporation (9118); Weekly Reader Custom Publishing, Inc. (3276); World Almanac Education Group, Inc. (3781); World Wide Country Tours, Inc. (1189); WRC Media, Inc. (6536). The location of the Reorganized Debtors' corporate headquarters is:  44 South Broadway, White Plains, New York 10601.

[2]   Capitalized terms used herein but not otherwise defined shall have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that on January 11, 2010, the Reorganized Debtors commenced the distribution process to Holders of Claims in Class 5 of the Plan. In accordance with Article VII.E.7 of the Plan, attached hereto as **Exhibit A** is a list identifying undeliverable distributions to Holders of Claims in Class 5 of the Plan.[3]

Dated: October 27, 2011
New York, New York

/s/ *Nicole L. Greenblatt*

James H.M. Sprayregen P.C.
Paul M. Basta
Nicole L. Greenblatt
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Counsel to the Reorganized Debtors

---

**If You Have Any Questions About This Notice, Please Contact
The Restructuring Hotline at (866) 967-0491, or
Carolyn Fay at The Readers Digest Association at (914) 244-7322.**

---

[3] The attached **Exhibit A** identifies Class 5 distributions that were both undeliverable and for which checks have not been negotiated.

## <u>Exhibit A</u>

**Class 5 Undeliverable Claim Distributions**

## Exhibit A

| Creditor Name | Check Number | Check Date | Check Amount | Days Outstanding |
|---|---|---|---|---|
| 722 URSULINES STREET LLC | 900004 | 1/11/2010 | 33.00 | 654 |
| ABBOTT LABORATORIES | 900009 | 1/11/2010 | 19.00 | 654 |
| ADDISON ELEMENTERY PTA | 900017 | 1/11/2010 | 51.00 | 654 |
| ADP | 900023 | 1/11/2010 | 13.00 | 654 |
| ALABAMA GEORGIA HOSPITAL AUX | 900034 | 1/11/2010 | 14.00 | 654 |
| ALICE MILLER | 900037 | 1/11/2010 | 61.00 | 654 |
| ALLINA MEDICAL CLINIC COON RAPIDS | 900048 | 1/11/2010 | 26.00 | 654 |
| AMGEN | 900075 | 1/11/2010 | 13.00 | 654 |
| AMSAN LLC | 900076 | 1/11/2010 | 70.00 | 654 |
| ANDROMEDA INTERNATIONAL LIMITED | 900078 | 1/11/2010 | 74.00 | 654 |
| APAC CUSTOMER SVC | 900083 | 1/11/2010 | 10.00 | 654 |
| ASSISTANCE IN HEALTHCARE | 900087 | 1/11/2010 | 16.00 | 654 |
| ASSN OF HISPANIC ADVERTISING | 900088 | 1/11/2010 | 116.00 | 654 |
| AT & T PIONEERS | 900089 | 1/11/2010 | 11.00 | 654 |
| ATASCADERO STATE HOSPITAL | 900090 | 1/11/2010 | 17.00 | 654 |
| BAKER BOTTS LLP | 900099 | 1/11/2010 | 434.00 | 654 |
| BAMC AUXILIARY | 900101 | 1/11/2010 | 114.00 | 654 |
| BARNWELL CO HOSP EMP RELATIONS CO | 900104 | 1/11/2010 | 10.00 | 654 |
| BARTHOLOMEW JOHN | 900108 | 1/11/2010 | 236.00 | 654 |
| BAXTER PHARMACEUTICAL SOLUTIONS | 900111 | 1/11/2010 | 15.00 | 654 |
| BEEBE MEDICAL CENTER AUXILIARY | 900120 | 1/11/2010 | 12.00 | 654 |
| BELLAGIO LLC | 900121 | 1/11/2010 | 50.00 | 654 |
| BELLS INTL | 900122 | 1/11/2010 | 28.00 | 654 |
| BENEFIS HEALTHCARE VOL | 900125 | 1/11/2010 | 35.00 | 654 |
| BOEIING EMPLOYEE CREDIT UNION | 900144 | 1/11/2010 | 35.00 | 654 |
| BOWNE MARKETING | 900151 | 1/11/2010 | 284.00 | 654 |
| BOYLE PROPERTIES | 900152 | 1/11/2010 | 14.00 | 654 |
| BOYS & GIRLS CLUB OFBURBANK | 900153 | 1/11/2010 | 11.00 | 654 |
| BROWN REFERENCE GROUP PLC | 900164 | 1/11/2010 | 98.00 | 654 |
| BRYAN LGH VOLUNTEER RESOURCES | 900167 | 1/11/2010 | 17.00 | 654 |
| CARE ACTIVITIES COMMITTEE | 900185 | 1/11/2010 | 16.00 | 654 |
| CATERPILLAR FINANCIAL | 900194 | 1/11/2010 | 25.00 | 654 |
| CFC CAMPAIGN OF GREATER LOS | 900199 | 1/11/2010 | 11.00 | 654 |
| CHILD LIFE FUND | 900206 | 1/11/2010 | 17.00 | 654 |
| CHIQUITA BRANDS INTL | 900208 | 1/11/2010 | 23.00 | 654 |
| CHRIST CHURCH | 900209 | 1/11/2010 | 313.00 | 654 |
| CITY OF AUSTIN | 900214 | 1/11/2010 | 215.00 | 654 |
| CLEAR LAKE REGIONAL MEDICAL CTR | 900219 | 1/11/2010 | 32.00 | 654 |
| CMC HOSPITAL AUXILIARY | 900223 | 1/11/2010 | 34.00 | 654 |
| COMMUNITY HOSPITAL AUXILIARY | 900235 | 1/11/2010 | 23.00 | 654 |
| CPP BELWIN INCORPORATED | 900245 | 1/11/2010 | 106.00 | 654 |
| CRESCENT RESOURCES LLC | 900250 | 1/11/2010 | 23.00 | 654 |
| DDR MDT FRISCO MARKETPLACE LP | 900265 | 1/11/2010 | 56.00 | 654 |
| DDR MDT MACARTHUR MARKETPLACE LP | 900266 | 1/11/2010 | 56.00 | 654 |
| DENNIS EDMON | 900272 | 1/11/2010 | 13.00 | 654 |
| DILLON EVA | 900279 | 1/11/2010 | 1735.00 | 654 |

| Creditor Name | Check Number | Check Date | Check Amount | Days Outstanding |
|---|---|---|---|---|
| DIRECTV | 900280 | 1/11/2010 | 26.00 | 654 |
| DONNA HERNANDEZ LEON | 900285 | 1/11/2010 | 66.00 | 654 |
| ELECTRONIC DATA SYSTEMS LLC | 900300 | 1/11/2010 | 37506.00 | 654 |
| FITZPATRICK CELLA HARPER & SCINTO | 900316 | 1/11/2010 | 156.00 | 654 |
| FT CARSON FCOSC | 900330 | 1/11/2010 | 11.00 | 654 |
| GA HOSPITAL ASSOC | 900331 | 1/11/2010 | 15.00 | 654 |
| GARRISON CONFECTIONS | 900335 | 1/11/2010 | 17.00 | 654 |
| GASPERO WILLIAM | 900337 | 1/11/2010 | 1151.00 | 654 |
| GATEWAY REGIONAL MED CENTER | 900338 | 1/11/2010 | 15.00 | 654 |
| GE MONEY | 900340 | 1/11/2010 | 15.00 | 654 |
| GIFT CORNER ST VINCENT | 900348 | 1/11/2010 | 12.00 | 654 |
| GLENWOOD GREER | 900353 | 1/11/2010 | 18.00 | 654 |
| GLORY INDUSTRIAL COMPANY | 900354 | 1/11/2010 | 55.00 | 654 |
| GM FT WAYNE ASSEMBLY | 900355 | 1/11/2010 | 22.00 | 654 |
| GREENVILLE LITERACY ASSOCIATION | 900364 | 1/11/2010 | 18.00 | 654 |
| GULLICKSON PAUL | 900368 | 1/11/2010 | 248.00 | 654 |
| HANS TENSPOLDE | 900377 | 1/11/2010 | 12.00 | 654 |
| HARLEY DAVIDSON | 900381 | 1/11/2010 | 42.00 | 654 |
| HINES INTERESTS DBA WINPARK | 900398 | 1/11/2010 | 130.00 | 654 |
| HISPANIC FESTIVITY COMMITTEE | 900400 | 1/11/2010 | 25.00 | 654 |
| HOP LLC | 900405 | 1/11/2010 | 63.00 | 654 |
| HOPE CHILDRENS HOME | 900406 | 1/11/2010 | 14.00 | 654 |
| HOSP OF THE UNIVERSITY PA MED CTR | 900409 | 1/11/2010 | 44.00 | 654 |
| INOVA ALEXANDRIA HOSPITAL | 900422 | 1/11/2010 | 64.00 | 654 |
| IPC DALLAS I LP | 900427 | 1/11/2010 | 10.00 | 654 |
| IRENE REED | 900428 | 1/11/2010 | 736.00 | 654 |
| JAMES ALLEN | 900432 | 1/11/2010 | 154.00 | 654 |
| JEFFERSON PLAZA I & II LLC | 900440 | 1/11/2010 | 18.00 | 654 |
| JOHN BUCKLEY | 900446 | 1/11/2010 | 12.00 | 654 |
| JOHN FUND | 900447 | 1/11/2010 | 166.00 | 654 |
| JOHN MUIR HEALTH | 900449 | 1/11/2010 | 10.00 | 654 |
| JOHN SCHWENK | 900450 | 1/11/2010 | 45.00 | 654 |
| JOLETA WEATHERHEAD | 900451 | 1/11/2010 | 17.00 | 654 |
| JONES | 900452 | 1/11/2010 | 30.00 | 654 |
| KATYA POLTORAK | 900463 | 1/11/2010 | 33.00 | 654 |
| KCI | 900464 | 1/11/2010 | 24.00 | 654 |
| KEDEM KAPLAN LLC | 900465 | 1/11/2010 | 100.00 | 654 |
| KOHLS CORP | 900481 | 1/11/2010 | 79.00 | 654 |
| LAKE CUMBERLAND REG HOS VOL AUX | 900487 | 1/11/2010 | 10.00 | 654 |
| LAKE POINTE MEDICAL CENTER | 900488 | 1/11/2010 | 17.00 | 654 |
| LANCASTER INTERMEDIATE UNIT 13 | 900489 | 1/11/2010 | 12.00 | 654 |
| LAURA SULLIVAN | 900495 | 1/11/2010 | 13.00 | 654 |
| LETTER SHOP INTERNATIONAL | 900500 | 1/11/2010 | 20.00 | 654 |
| LEXINGTON DREAM FACTORY | 900502 | 1/11/2010 | 12.00 | 654 |
| LINCOLN MEDICAL VOLUNTEER ASSOC | 900503 | 1/11/2010 | 14.00 | 654 |
| LIT INDUSTRIAL LIMITED PARTNERSHIP | 900506 | 1/11/2010 | 39024.00 | 654 |
| LONDON FEATURES INTERNATIONAL | 900513 | 1/11/2010 | 11.00 | 654 |
| LRMC AUXILIARY | 900516 | 1/11/2010 | 39.00 | 654 |

| Creditor Name | Check Number | Check Date | Check Amount | Days Outstanding |
|---|---|---|---|---|
| LUPA OSTERIA ROMANA | 900518 | 1/11/2010 | 105.00 | 654 |
| MANPOWER | 900529 | 1/11/2010 | 398.00 | 654 |
| MARY DERR ROCKEFELLER AUXILIARY | 900536 | 1/11/2010 | 13.00 | 654 |
| MARYMOUNT HOSP VOLUNTEER AUXILIARY | 900539 | 1/11/2010 | 20.00 | 654 |
| MAXINE NYSTROM | 900540 | 1/11/2010 | 26.00 | 654 |
| MCGUIRE WOODS LLP | 900545 | 1/11/2010 | 52.00 | 654 |
| MEAA ECHO COMMITTEE | 900549 | 1/11/2010 | 10.00 | 654 |
| MED CAP PROPERTIES | 900551 | 1/11/2010 | 19.00 | 654 |
| MEMORIAL HOSPITAL OF JACKSONVILLE | 900561 | 1/11/2010 | 10.00 | 654 |
| MEMORIAL HOSPITAL OF UNION COUNTY | 900562 | 1/11/2010 | 16.00 | 654 |
| MERCY MED CTR WOMENS CTR | 900563 | 1/11/2010 | 53.00 | 654 |
| MERCY MEDICAL WOMENS CENTER | 900564 | 1/11/2010 | 52.00 | 654 |
| MEREDITH BOOKS | 900565 | 1/11/2010 | 17.00 | 654 |
| MMC AUXILIARY | 900579 | 1/11/2010 | 12.00 | 654 |
| MMH AUXILIARY SERVICES | 900580 | 1/11/2010 | 49.00 | 654 |
| MULTICARE HEALTH SYSTEM | 900595 | 1/11/2010 | 11.00 | 654 |
| NCO FINANCIAL SYSTEMS | 900601 | 1/11/2010 | 17.00 | 654 |
| NEW ALBANY SURGICAL HOSPITAL FOUND | 900606 | 1/11/2010 | 10.00 | 654 |
| NORTH CAROLINA HOSPITAL VOLUNTEERS | 900615 | 1/11/2010 | 23.00 | 654 |
| NORTHEAST UTILITIES | 900617 | 1/11/2010 | 46.00 | 654 |
| OBERDORF THOMAS | 900625 | 1/11/2010 | 132.00 | 654 |
| O'CONNOR JOHN | 900626 | 1/11/2010 | 27874.00 | 654 |
| OLPL | 900630 | 1/11/2010 | 18.00 | 654 |
| PALMER DAVID | 900645 | 1/11/2010 | 180.00 | 654 |
| PARK RIDGE HOSPITAL FOUNDATION | 900647 | 1/11/2010 | 17.00 | 654 |
| PARKRIDGE EAST HOSPITAL | 900648 | 1/11/2010 | 127.00 | 654 |
| PATEWOOD AUXILIARY | 900652 | 1/11/2010 | 41.00 | 654 |
| PATTERSON MICHAEL D | 900654 | 1/11/2010 | 10.00 | 654 |
| PATTON STATE HOSPITAL | 900655 | 1/11/2010 | 14.00 | 654 |
| PETE HEIDEN PIONEER CLUB | 900665 | 1/11/2010 | 10.00 | 654 |
| PINGALINK | 900675 | 1/11/2010 | 79.00 | 654 |
| PIQUANT PRODUCTIONS | 900676 | 1/11/2010 | 72.00 | 654 |
| PLYMPTON SCHOOL LIBRARY | 900679 | 1/11/2010 | 13.00 | 654 |
| POLO MAUREEN | 900680 | 1/11/2010 | 141.00 | 654 |
| PORTER RICHARD | 900684 | 1/11/2010 | 952.00 | 654 |
| POSTMASTER | 900685 | 1/11/2010 | 66.00 | 654 |
| PREMIUM MAINTENANCE INC | 900687 | 1/11/2010 | 288.00 | 654 |
| PRIME OUTLETS AT LEBANON | 900693 | 1/11/2010 | 50.00 | 654 |
| PROVIDENCE NEWBERG HLTH FOUNDATON | 900697 | 1/11/2010 | 13.00 | 654 |
| QUEEN OF THE VALLEY AUXILIARY | 900700 | 1/11/2010 | 37.00 | 654 |
| RAINBOW BOOK COMPANY | 900701 | 1/11/2010 | 33.00 | 654 |
| REBECCA TACHNA | 900704 | 1/11/2010 | 13.00 | 654 |
| REGENCE BLUE SHIELD OF IDAHO | 900706 | 1/11/2010 | 14.00 | 654 |
| REMINDER PRINTING INC | 900711 | 1/11/2010 | 12.00 | 654 |
| RGN SOUTH FLORIDA LLC | 900717 | 1/11/2010 | 80.00 | 654 |
| RITA AND STANLEY WECKER | 900725 | 1/11/2010 | 3509.00 | 654 |

| Creditor Name | Check Number | Check Date | Check Amount | Days Outstanding |
|---|---|---|---|---|
| ROCKWELL COLLINS | 900737 | 1/11/2010 | 16.00 | 654 |
| ROCKWELL COLLINS | 900738 | 1/11/2010 | 11.00 | 654 |
| ROSS IRWIN | 900744 | 1/11/2010 | 3217.00 | 654 |
| ROSS WALTER | 900743 | 1/11/2010 | 1010.00 | 654 |
| SAFE HARBOR INC | 900751 | 1/11/2010 | 23.00 | 654 |
| SAINT ANTHONYS HOSP | 900752 | 1/11/2010 | 10.00 | 654 |
| SAN ANTONIO FOOD BANK | 900754 | 1/11/2010 | 10.00 | 654 |
| SARR III WILLIAM B | 900756 | 1/11/2010 | 1157.00 | 654 |
| SEAL ELECTRONICS ASIA LIMITED | 900767 | 1/11/2010 | 10.00 | 654 |
| ST ANTHONY HOSPITALS VOLUNTEER | 900801 | 1/11/2010 | 11.00 | 654 |
| ST CHARLES MEDICAL CENTER | 900802 | 1/11/2010 | 11.00 | 654 |
| ST JOSEPH HOSPITAL FOUNDATION | 900806 | 1/11/2010 | 31.00 | 654 |
| ST MARYS HOSPITAL | 900809 | 1/11/2010 | 16.00 | 654 |
| STRATFORD HIGH SCHOOL | 900820 | 1/11/2010 | 15.00 | 654 |
| SUMNER FOUNDATION | 900822 | 1/11/2010 | 18.00 | 654 |
| TCG CONSULTING | 900831 | 1/11/2010 | 209.00 | 654 |
| TCH ACTIVITY COMMITTEE | 900832 | 1/11/2010 | 22.00 | 654 |
| TENNESSEE HOSPITAL ASSOCIATION | 900835 | 1/11/2010 | 52.00 | 654 |
| THE METHODIST HOSPITAL AUXILIARY | 900842 | 1/11/2010 | 35.00 | 654 |
| THE WOMANS HOSPITAL OF TEXAS | 900848 | 1/11/2010 | 12.00 | 654 |
| TRAN HUNG TAN | 900861 | 1/11/2010 | 507.00 | 654 |
| TRAVEL UNLIMITED | 900862 | 1/11/2010 | 10.00 | 654 |
| TREASURE FOREST ELEMENTARY SCHOOL | 900864 | 1/11/2010 | 10.00 | 654 |
| TRIPAGE | 900866 | 1/11/2010 | 17.00 | 654 |
| TULANE MEDICAL CENTER | 900868 | 1/11/2010 | 21.00 | 654 |
| ULINE | 900872 | 1/11/2010 | 19.00 | 654 |
| UNITED WAY | 900875 | 1/11/2010 | 56.00 | 654 |
| UPROAR INC | 900881 | 1/11/2010 | 580.00 | 654 |
| VETERANS ADMINISTRATION | 900893 | 1/11/2010 | 21.00 | 654 |
| VIOLET O HALL | 900895 | 1/11/2010 | 10.00 | 654 |
| VOICES FOR CHILDREN OF HILLSBOROUGH | 900899 | 1/11/2010 | 10.00 | 654 |
| VOLUNTEER ADMINISTRATION | 900900 | 1/11/2010 | 14.00 | 654 |
| WALLACE THOMSON HOSPITAL | 900906 | 1/11/2010 | 12.00 | 654 |
| WESTCHESTER PLANTS AND THINGS INC | 900915 | 1/11/2010 | 12.00 | 654 |
| WHEATON FRANSICAN HEALTHCARE FOUND | 900917 | 1/11/2010 | 15.00 | 654 |
| WIRE ONE | 900930 | 1/11/2010 | 23.00 | 654 |
| WOHIO HOLDING INC | 900932 | 1/11/2010 | 26812.00 | 654 |
| WOHIO HOLDING INC | 900933 | 1/11/2010 | 253.00 | 654 |
| WORKSTREAM USA INC | 900935 | 1/11/2010 | 249.00 | 654 |
| YMCA | 900942 | 1/11/2010 | 10.00 | 654 |